UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA. No. 3: 16-cv 40138

| | |
|---|---|
| JAMPA GONPO, | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SONAM'S STONEWALLS & ART, LLC, et al. | ) |
|       Defendants | ) |

**Defendants' Request for Attorney Conducted Voire Dire and Alternatively, Proposed Voire Dire Questions**

Pursuant to Fed. R. Civ. Proc. Rule 47(a) and this Court's Pre-Trial Procedural Order (Dkt #128), defendants request leave to utilize attorney conducted panel voire dire in jury selection in this case.[1] If permitted to conduct panel voire dire, defendants' counsel will inquire generally of the jurors concerning the following questions.[2] In the alternative, defendants moves that the following voire dire questions be asked of the jury pool:

1. Have any jurors, family members or close friends been in any contested employment matters with employers in any manner?

   a. Follow up questions

2. Have jurors, family members or close friends had an experience where an employer did not

---

[1] Rule 47(a) provides: The court may permit the parties or their attorneys to examine prospective jurors or may itself do so.

[2] Counsel will use introductory ice breaker questions and also inquire and discourse in general concerning matters like burden of proof, etc.

1

pay wages owed to the employee ?

    a. Follow up questions

3. Have jurors, family members or close friends has an experience where an employer did not pay earned overtime wages to an employee?

    a. Follow up questions

4. Have jurors, family members or close friends filed any claims for workers compensation?

    a. Was the claim contested or litigated by the employer?

    b. Follow up questions

5. Have jurors, family members or close friends filed claims for unemployment compensation?

    a. Was the claim contested or litigated by the employer?

    b. Follow up questions

6. Have jurors, family members or close friends been mistreated by an employer?

    a. Follow up questions

7. Have jurors, family members or close friends been fired by an employer?

    a. Follow up questions

8. Have jurors, family members or close friends been laid off by an employer?

    a. Follow up questions

9. Does anyone have any bias or negative feelings concerning employers that would interfere with jurors' ability to be completely fair and impartial in a case involving wage claims by the plaintiff in this case, a former employee, against his former employer, who is the defendant ?

    a. Follow up questions

                                                                              RESPECTFULLY SUBMITTED,

                                                                              THE DEFENDANTS:

                                                         SONAM'S STONEWALLS & ART, LLC,
                                                         d/b/a SONAM'S STONEWALLS AND ART,
                                                         and SONAM RINCHEN LAMA,
                                                         By Their Attorney,

November 18, 2019                              */s/* Thomas T. Merrigan
                                                         Thomas T. Merrigan, Esq., BBO #343480
                                                         Sweeney Merrigan Law, LLP
                                                         393 Main Street, Greenfield, MA 01301
                                                         Phone (413) 774-5300
                                                         Fax (413) 773-3388
                                                         tom@sweeneymerrigan.com

## CERTIFICATE OF SERVICE

     I, Thomas T. Merrigan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of November, 2019.

                                                                            /s/ Thomas T. Merrigan
                                                                            Thomas T. Merrigan, Esquire