UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA. No. 3: 16-cv 40138

| | |
|---|---|
| **JAMPA GONPO,** | ) |
|       **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| **SONAM'S STONEWALLS & ART, LLC, et al.** | ) |
|       **Defendants** | ) |

### Defendants' Proposed VERDICT FORM [1]

1. Did Jampa Gonpo prove by a preponderance of the evidence that he was an employee by an enterprise engaged in commerce or in the production of goods for commerce?

    YES_____          NO_____

2. Did Jampa Gonpo prove by a preponderance of the evidence that he worked regular hours for which he was not paid?

    YES_____          NO_____

    If YES, using the Table found in the attached Appendix, what amounts, if any, did Jampa Gonpo prove by a preponderance of the evidence that he is owed <u>by week</u> for unpaid regular hours during the period from March 20, 2013 through November 20, 2015?

    Total Unpaid Regular Hours **(Total of Column B)** _____

    Total unpaid regular hours _____ @ $14 hourly regular rate for the period from March 20, 2013 through November 20, 2015 = $_____ damages Jampa Gonpo is owed for unpaid regular hours from March 20, 2013 through November 20, 2015.

3. Did Jampa Gonpo prove by a preponderance of the evidence that he worked overtime hours for which he was not paid?

    YES_____          NO_____

---

[1] Defendants' proposed Verdict Form addresses FLSA and Massachusetts wage and hour statutes only.

      If YES, using the Table found in the attached Appendix, what, if any, did Jampa Gonpo prove by a preponderance of the evidence that he is owed <u>by week</u> for unpaid overtime during the period from March 20, 2013 through November 20, 2015?

      Total Unpaid Overtime Hours **(Total of Column C)** _____

      Total Unpaid Overtime Hours _____ @ $21 hourly overtime rate for the period from March 20, 2013 through November 20, 2015 =  $_____ damages Jampa Gonpo is owed for unpaid overtime hours from March 20, 2013 through November 20, 2015. For example, if you find that Jampa Gonpo worked 45 hours in a particular week, the answer would be 5 for that week, i.e., 45 total hours minus 40 hours paid = 5 overtime hours for that particular week.

4.     Did Jampa Gonpo prove by a preponderance of the evidence that Sonam Lama and Sonam's Stone Walls and Arts, LLC knew or showed reckless disregard for whether the FLSA prohibited its conduct?

                    YES_____                    NO_____

                                              RESPECTFULLY SUBMITTED,

                                              THE DEFENDANTS:
                                              SONAM'S STONEWALLS & ART, LLC,
                                              d/b/a SONAM'S STONEWALLS AND ART,
                                              and SONAM RINCHEN LAMA,
                                              By Their Attorney,

November 18, 2019                      */s/* Thomas T. Merrigan_____
                                            Thomas T. Merrigan, Esq., BBO #343480
                                            Sweeney Merrigan Law, LLP
                                            393 Main Street, Greenfield, MA 01301
                                            Phone (413) 774-5300
                                            Fax (413) 773-3388
                                            tom@sweeneymerrigan.com

## CERTIFICATE OF SERVICE

     I, Thomas T. Merrigan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of November, 2019.

                                                                 /s/ Thomas T. Merrigan_____
                                                                Thomas T. Merrigan, Esquire