**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
-----------------------------------------------------------------x
JAMPA GONPO,
*on behalf of himself and others similarly situated,*

                          Plaintiff,          Case No: 16-cv-40138

                v.                    **VERDICT SHEET**

SONAM'S STONEWALLS & ART, LLC
       d/b/a Sonam's Stonewalls and Art, and
SONAM RINCHEN LAMA,
                      Defendants.
-----------------------------------------------------------------x

      **All jurors must agree on the answers to all of the questions. Jurors must answer the questions in the order they are presented. Terms defined in the Jury Instructions appear in quotation marks.**

ISSUE I: PLAINTIFF'S EMPLOYMENT

1.  Was Plaintiff employed by Sonam's Stonewalls & Art, LLC?

    Yes: _____      No: _____

2.  On which dates was Plaintiff employed by Defendant Sonam's Stonewalls & Art, LLC?

    From: _____    To: _____, 2013

    From: _____    To: _____, 2014

    From: _____    To: _____, 2015

ISSUE II: APPLICABILITY OF FEDERAL LAW

3.  During the term of Plaintiff's employment, was Sonam's Stonewalls & Art, LLC (i) an enterprise engaged in commerce or in the production of goods for commerce; with (ii) over $500,000.00 in annual gross sales?

    Yes: _____      No: _____

ISSUE III: MINIMUM WAGE

4.  How many compensable <u>hours</u> did Plaintiff work <u>per week</u>, each of the following weeks?

    August 2, 2013–August 8, 2013 _____

    August 9, 2013–August 15, 2013 _____

August 16, 2013–August 22, 2013 _____

August 23, 2013–August 29, 2013 _____

August 30, 2013–September 5, 2013 _____

September 6, 2013–September 12, 2013 _____

September 13, 2013–September 19, 2013 _____

September 20, 2013–September 26, 2013 _____

September 27, 2013–October 3, 2013 _____

October 4, 2013–October 10, 2013 _____

October 11, 2013–October 17, 2013 _____

October 18, 2013–October 24, 2013 _____

October 25, 2013–October 31, 2013 _____

November 1, 2013–November 7, 2013 _____

November 8, 2013–November 14, 2013 _____

November 15, 2013–November 21, 2013 _____

November 22, 2013–November 28, 2013 _____

November 29, 2013–December 5, 2013 _____

December 6, 2013–December 12, 2013 _____

December 13, 2013–December 19, 2013 _____

December 20, 2013–December 26, 2013 _____


May 31, 2014–June 6, 2014 _____

June 7, 2014–June 13, 2014 _____

June 14, 2014–June 20, 2014 _____

June 21, 2014–June 27, 2014 _____

June 28, 2014–July 4, 2014 _____

July 5, 2014–July 11, 2014 _____

July 12, 2014–July 18, 2014 _____

July 19, 2014–July 25, 2014 _____

July 26, 2014–August 1, 2014 _____

August 2, 2014–August 8, 2014 _____

August 9, 2014–August 15, 2014 _____

August 16, 2014–August 22, 2014 _____

August 23, 2014–August 29, 2014 _____

August 30, 2014–September 5, 2014 _____

September 6, 2014–September 12, 2014 _____

September 13, 2014–September 19, 2014 _____

September 20, 2014–September 26, 2014 _____

September 27, 2014–October 3, 2014 _____

October 4, 2014–October 10, 2014 _____

October 11, 2014–October 17, 2014 _____

October 18, 2014–October 24, 2014 _____

October 25, 2014–October 31, 2014 _____

November 1, 2014–November 7, 2014 _____

November 8, 2014–November 14, 2014 _____

November 15, 2014–November 21, 2014 _____

November 22, 2014–November 28, 2014 _____

November 29, 2014–December 5, 2014 _____

December 6, 2014–December 12, 2014 _____

December 13, 2014–December 19, 2014 _____

December 20, 2014–December 26, 2014 _____

March 14, 2015–March 20, 2015 _____

March 21, 2015–March 27, 2015 _____

March 28, 2015–April 3, 2015 _____

April 4, 2015–April 10, 2015 _____

April 11, 2015–April 17, 2015 _____

April 18, 2015–April 24, 2015 _____

April 25, 2015–May 1, 2015 _____

May 2, 2015–May 8, 2015 _____

May 9, 2015–May 15, 2015 _____

May 16, 2015–May 22, 2015 _____

May 23, 2015–May 29, 2015 _____

May 30, 2015–June 5, 2015 _____

June 6, 2015–June 12, 2015 _____

June 13, 2015–June 19, 2015 _____

June 20, 2015–June 26, 2015 _____

June 27, 2015–July 3, 2015 _____

July 4, 2015–July 10, 2015 _____

July 11, 2015–July 17, 2015 _____

July 18, 2015–July 24, 2015 _____

July 25, 2015–July 31, 2015 _____

August 1, 2015–August 7, 2015 _____

August 8, 2015–August 14, 2015 _____

August 15, 2015–August 21, 2015 _____

August 22, 2015–August 28, 2015 _____

August 29, 2015–September 4, 2015 _____

September 5, 2015–September 11, 2015 _____

September 12, 2015–September 18, 2015 _____

September 19, 2015–September 25, 2015 _____

September 26, 2015–October 2, 2015 _____

October 3, 2015–October 9, 2015 _____

October 10, 2015–October 16, 2015 _____

October 17, 2015–October 23, 2015 _____

October 24, 2015–October 30, 2015 _____

October 31, 2015–November 6, 2015 _____

November 7, 2015–November 13, 2015 _____

November 14, 2015–November 20, 2015 _____

5.  What was Plaintiff's regular rate of pay from August 2, 2013 through November 20, 2015?

    $_____ per hour

6.  For how many hours each of the following weeks was Plaintiff paid his regular rate of pay?

August 2, 2013–August 8, 2013 _____

August 9, 2013–August 15, 2013 _____

August 16, 2013–August 22, 2013 _____

August 23, 2013–August 29, 2013 _____

August 30, 2013–September 5, 2013 _____

September 6, 2013–September 12, 2013 _____

September 13, 2013–September 19, 2013 _____

September 20, 2013–September 26, 2013 _____

September 27, 2013–October 3, 2013 _____

October 4, 2013–October 10, 2013 _____

5

October 11, 2013–October 17, 2013 _____

October 18, 2013–October 24, 2013 _____

October 25, 2013–October 31, 2013 _____

November 1, 2013–November 7, 2013 _____

November 8, 2013–November 14, 2013 _____

November 15, 2013–November 21, 2013 _____

November 22, 2013–November 28, 2013 _____

November 29, 2013–December 5, 2013 _____

December 6, 2013–December 12, 2013 _____

December 13, 2013–December 19, 2013 _____

December 20, 2013–December 20, 2013 _____


May 31, 2014–June 6, 2014 _____

June 7, 2014–June 13, 2014 _____

June 14, 2014–June 20, 2014 _____

June 21, 2014–June 27, 2014 _____

June 28, 2014–July 4, 2014 _____

July 5, 2014–July 11, 2014 _____

July 12, 2014–July 18, 2014 _____

July 19, 2014–July 25, 2014 _____

July 26, 2014–August 1, 2014 _____

August 2, 2014–August 8, 2014 _____

August 9, 2014–August 15, 2014 _____

August 16, 2014–August 22, 2014 _____

August 23, 2014–August 29, 2014 _____

August 30, 2014–September 5, 2014 _____

September 6, 2014–September 12, 2014 _____

September 13, 2014–September 19, 2014 _____

September 20, 2014–September 26, 2014 _____

September 27, 2014–October 3, 2014 _____

October 4, 2014–October 10, 2014 _____

October 11, 2014–October 17, 2014 _____

October 18, 2014–October 24, 2014 _____

October 25, 2014–October 31, 2014 _____

November 1, 2014–November 7, 2014 _____

November 8, 2014–November 14, 2014 _____

November 15, 2014–November 21, 2014 _____

November 22, 2014–November 28, 2014 _____

November 29, 2014–December 5, 2014 _____

December 6, 2014–December 12, 2014 _____

December 13, 2014–December 19, 2014 _____

December 20, 2014–December 20, 2014 _____


March 20, 2015–March 20, 2015 _____

March 21, 2015–March 27, 2015 _____

March 28, 2015–April 3, 2015 _____

April 4, 2015–April 10, 2015 _____

April 11, 2015–April 17, 2015 _____

April 18, 2015–April 24, 2015 _____

April 25, 2015–May 1, 2015 _____

May 2, 2015–May 8, 2015 _____

May 9, 2015–May 15, 2015 _____

May 16, 2015–May 22, 2015 _____

May 23, 2015–May 29, 2015 _____

May 30, 2015–June 5, 2015 _____

June 6, 2015–June 12, 2015 _____

June 13, 2015–June 19, 2015 _____

June 20, 2015–June 26, 2015 _____

June 27, 2015–July 3, 2015 _____

July 4, 2015–July 10, 2015 _____

July 11, 2015–July 17, 2015 _____

July 18, 2015–July 24, 2015 _____

July 25, 2015–July 31, 2015 _____

August 1, 2015–August 7, 2015 _____

August 8, 2015–August 14, 2015 _____

August 15, 2015–August 21, 2015 _____

August 22, 2015–August 28, 2015 _____

August 29, 2015–September 4, 2015 _____

September 5, 2015–September 11, 2015 _____

September 12, 2015–September 18, 2015 _____

September 19, 2015–September 25, 2015 _____

September 26, 2015–October 2, 2015 _____

October 3, 2015–October 9, 2015 _____

October 10, 2015–October 16, 2015 _____

October 17, 2015–October 23, 2015 _____

October 24, 2015–October 30, 2015 _____

October 31, 2015–November 6, 2015 _____

November 7, 2015–November 13, 2015 _____

November 14, 2015–November 20, 2015 _____

November 21, 2015–November 27, 2015 _____

November 28, 2015–December 4, 2015 _____

December 5, 2015–December 11, 2015 _____

December 12, 2015–December 18, 2015 _____

December 19, 2015–December 20, 2015 _____

7. Was Plaintiff not paid the minimum wage for each hour worked in each of the following weeks? Indicate "yes" or "no."

August 2, 2013–August 8, 2013 _____

August 9, 2013–August 15, 2013 _____

August 16, 2013–August 22, 2013 _____

August 23, 2013–August 29, 2013 _____

August 30, 2013–September 5, 2013 _____

September 6, 2013–September 12, 2013 _____

September 13, 2013–September 19, 2013 _____

September 20, 2013–September 26, 2013 _____

September 27, 2013–October 3, 2013 _____

October 4, 2013–October 10, 2013 _____

October 11, 2013–October 17, 2013 _____

October 18, 2013–October 24, 2013 _____

October 25, 2013–October 31, 2013 _____

November 1, 2013–November 7, 2013 _____

November 8, 2013–November 14, 2013 _____

November 15, 2013–November 21, 2013 _____

November 22, 2013–November 28, 2013 _____

November 29, 2013–December 5, 2013 _____

December 6, 2013–December 12, 2013 _____

December 13, 2013–December 19, 2013 _____

December 20, 2013–December 26, 2013 _____


May 31, 2014–June 6, 2014 _____

June 7, 2014–June 13, 2014 _____

June 14, 2014–June 20, 2014 _____

June 21, 2014–June 27, 2014 _____

June 28, 2014–July 4, 2014 _____

July 5, 2014–July 11, 2014 _____

July 12, 2014–July 18, 2014 _____

July 19, 2014–July 25, 2014 _____

July 26, 2014–August 1, 2014 _____

August 2, 2014–August 8, 2014 _____

August 9, 2014–August 15, 2014 _____

August 16, 2014–August 22, 2014 _____

August 23, 2014–August 29, 2014 _____

August 30, 2014–September 5, 2014 _____

September 6, 2014–September 12, 2014 _____

September 13, 2014–September 19, 2014 _____

September 20, 2014–September 26, 2014 _____

September 27, 2014–October 3, 2014 _____

October 4, 2014–October 10, 2014 _____

October 11, 2014–October 17, 2014 _____

October 18, 2014–October 24, 2014 _____

October 25, 2014–October 31, 2014 _____

November 1, 2014–November 7, 2014 _____

November 8, 2014–November 14, 2014 _____

November 15, 2014–November 21, 2014 _____

November 22, 2014–November 28, 2014 _____

November 29, 2014–December 5, 2014 _____

December 6, 2014–December 12, 2014 _____

December 13, 2014–December 19, 2014 _____

December 20, 2014–December 26, 2014 _____


March 14, 2015–March 20, 2015 _____

March 21, 2015–March 27, 2015 _____

March 28, 2015–April 3, 2015 _____

April 4, 2015–April 10, 2015 _____

April 11, 2015–April 17, 2015 _____

April 18, 2015–April 24, 2015 _____

April 25, 2015–May 1, 2015 _____

May 2, 2015–May 8, 2015 _____

May 9, 2015–May 15, 2015 _____

May 16, 2015–May 22, 2015 _____

May 23, 2015–May 29, 2015 _____

May 30, 2015–June 5, 2015 _____

June 6, 2015–June 12, 2015 _____

June 13, 2015–June 19, 2015 _____

June 20, 2015–June 26, 2015 _____

June 27, 2015–July 3, 2015 _____

July 4, 2015–July 10, 2015 _____

July 11, 2015–July 17, 2015 _____

July 18, 2015–July 24, 2015 _____

July 25, 2015–July 31, 2015 _____

August 1, 2015–August 7, 2015 _____

August 8, 2015–August 14, 2015 _____

August 15, 2015–August 21, 2015 _____

August 22, 2015–August 28, 2015 _____

August 29, 2015–September 4, 2015 _____

September 5, 2015–September 11, 2015 _____

September 12, 2015–September 18, 2015 _____

September 19, 2015–September 25, 2015 _____

September 26, 2015–October 2, 2015 _____

October 3, 2015–October 9, 2015 _____

October 10, 2015–October 16, 2015 _____

October 17, 2015–October 23, 2015 _____

October 24, 2015–October 30, 2015 _____

October 31, 2015–November 6, 2015 _____

November 7, 2015–November 13, 2015 _____

November 14, 2015–November 20, 2015 _____

ISSUE IV: OVERTIME WAGE

8.  For each of the following weeks, did Plaintiff work in excess of 40 hours? Indicate "yes" or "no," and if yes, how many hours he worked in excess of 40:

August 2, 2013–August 8, 2013 _____

August 9, 2013–August 15, 2013 _____

August 16, 2013–August 22, 2013 _____

August 23, 2013–August 29, 2013 _____

August 30, 2013–September 5, 2013 _____

September 6, 2013–September 12, 2013 _____

September 13, 2013–September 19, 2013 _____

September 20, 2013–September 26, 2013 _____

September 27, 2013–October 3, 2013 _____

October 4, 2013–October 10, 2013 _____

October 11, 2013–October 17, 2013 _____

October 18, 2013–October 24, 2013 _____

October 25, 2013–October 31, 2013 _____

November 1, 2013–November 7, 2013 _____

November 8, 2013–November 14, 2013 _____

November 15, 2013–November 21, 2013 _____

November 22, 2013–November 28, 2013 _____

November 29, 2013–December 5, 2013 _____

December 6, 2013–December 12, 2013 _____

December 13, 2013–December 19, 2013 _____

December 20, 2013–December 20, 2013 _____


May 31, 2014–June 6, 2014 _____

June 7, 2014–June 13, 2014 _____

June 14, 2014–June 20, 2014 _____

June 21, 2014–June 27, 2014 _____

June 28, 2014–July 4, 2014 _____

July 5, 2014–July 11, 2014 _____

July 12, 2014–July 18, 2014 _____

July 19, 2014–July 25, 2014 _____

July 26, 2014–August 1, 2014 _____

August 2, 2014–August 8, 2014 _____

August 9, 2014–August 15, 2014 _____

August 16, 2014–August 22, 2014 _____

August 23, 2014–August 29, 2014 _____

August 30, 2014–September 5, 2014 _____

September 6, 2014–September 12, 2014 _____

September 13, 2014–September 19, 2014 _____

September 20, 2014–September 26, 2014 _____

September 27, 2014–October 3, 2014 _____

October 4, 2014–October 10, 2014 _____

October 11, 2014–October 17, 2014 _____

October 18, 2014–October 24, 2014 _____

October 25, 2014–October 31, 2014 _____

November 1, 2014–November 7, 2014 _____

November 8, 2014–November 14, 2014 _____

November 15, 2014–November 21, 2014 _____

November 22, 2014–November 28, 2014 _____

November 29, 2014–December 5, 2014 _____

December 6, 2014–December 12, 2014 _____

December 13, 2014–December 19, 2014 _____

December 20, 2014–December 20, 2014 _____


March 20, 2015–March 20, 2015 _____

March 21, 2015–March 27, 2015 _____

March 28, 2015–April 3, 2015 _____

April 4, 2015–April 10, 2015 _____

April 11, 2015–April 17, 2015 _____

April 18, 2015–April 24, 2015 _____

April 25, 2015–May 1, 2015 _____

May 2, 2015–May 8, 2015 _____

May 9, 2015–May 15, 2015 _____

May 16, 2015–May 22, 2015 _____

May 23, 2015–May 29, 2015 _____

May 30, 2015–June 5, 2015 _____

June 6, 2015–June 12, 2015 _____

June 13, 2015–June 19, 2015 _____

June 20, 2015–June 26, 2015 _____

June 27, 2015–July 3, 2015 _____

July 4, 2015–July 10, 2015 _____

July 11, 2015–July 17, 2015 _____

July 18, 2015–July 24, 2015 _____

July 25, 2015–July 31, 2015 _____

August 1, 2015–August 7, 2015 _____

August 8, 2015–August 14, 2015 _____

August 15, 2015–August 21, 2015 _____

August 22, 2015–August 28, 2015 _____

August 29, 2015–September 4, 2015 _____

September 5, 2015–September 11, 2015 _____

September 12, 2015–September 18, 2015 _____

September 19, 2015–September 25, 2015 _____

September 26, 2015–October 2, 2015 _____

October 3, 2015–October 9, 2015 _____

October 10, 2015–October 16, 2015 _____

October 17, 2015–October 23, 2015 _____

October 24, 2015–October 30, 2015 _____

October 31, 2015–November 6, 2015 _____

November 7, 2015–November 13, 2015 _____

November 14, 2015–November 20, 2015 _____

November 21, 2015–November 27, 2015 _____

November 28, 2015–December 4, 2015 _____

December 5, 2015–December 11, 2015 _____

December 12, 2015–December 18, 2015 _____

December 19, 2015–December 20, 2015 _____

9. For each of the following weeks, was Plaintiff paid at a rate of 1.5 times his regular rate of pay for any of his hours worked? Indicate "yes" or "no," and if yes, for how many hours he was paid 1.5 times his regular rate of pay:

August 2, 2013–August 8, 2013 _____

August 9, 2013–August 15, 2013 _____

August 16, 2013–August 22, 2013 _____

August 23, 2013–August 29, 2013 _____

August 30, 2013–September 5, 2013 _____

September 6, 2013–September 12, 2013 _____

September 13, 2013–September 19, 2013 _____

September 20, 2013–September 26, 2013 _____

September 27, 2013–October 3, 2013 _____

October 4, 2013–October 10, 2013 _____

October 11, 2013–October 17, 2013 _____

October 18, 2013–October 24, 2013 _____

October 25, 2013–October 31, 2013 _____

November 1, 2013–November 7, 2013 _____

November 8, 2013–November 14, 2013 _____

November 15, 2013–November 21, 2013 _____

November 22, 2013–November 28, 2013 _____

November 29, 2013–December 5, 2013 _____

December 6, 2013–December 12, 2013 _____

December 13, 2013–December 19, 2013 _____

December 20, 2013–December 20, 2013 _____


May 31, 2014–June 6, 2014 _____

June 7, 2014–June 13, 2014 _____

June 14, 2014–June 20, 2014 _____

June 21, 2014–June 27, 2014 _____

June 28, 2014–July 4, 2014 _____

July 5, 2014–July 11, 2014 _____

July 12, 2014–July 18, 2014  _____

July 19, 2014–July 25, 2014  _____

July 26, 2014–August 1, 2014  _____

August 2, 2014–August 8, 2014  _____

August 9, 2014–August 15, 2014  _____

August 16, 2014–August 22, 2014  _____

August 23, 2014–August 29, 2014  _____

August 30, 2014–September 5, 2014  _____

September 6, 2014–September 12, 2014  _____

September 13, 2014–September 19, 2014  _____

September 20, 2014–September 26, 2014  _____

September 27, 2014–October 3, 2014  _____

October 4, 2014–October 10, 2014  _____

October 11, 2014–October 17, 2014  _____

October 18, 2014–October 24, 2014  _____

October 25, 2014–October 31, 2014  _____

November 1, 2014–November 7, 2014  _____

November 8, 2014–November 14, 2014  _____

November 15, 2014–November 21, 2014  _____

November 22, 2014–November 28, 2014  _____

November 29, 2014–December 5, 2014  _____

December 6, 2014–December 12, 2014  _____

December 13, 2014–December 19, 2014  _____

December 20, 2014–December 20, 2014  _____

March 20, 2015–March 20, 2015 _____

March 21, 2015–March 27, 2015 _____

March 28, 2015–April 3, 2015 _____

April 4, 2015–April 10, 2015 _____

April 11, 2015–April 17, 2015 _____

April 18, 2015–April 24, 2015 _____

April 25, 2015–May 1, 2015 _____

May 2, 2015–May 8, 2015 _____

May 9, 2015–May 15, 2015 _____

May 16, 2015–May 22, 2015 _____

May 23, 2015–May 29, 2015 _____

May 30, 2015–June 5, 2015 _____

June 6, 2015–June 12, 2015 _____

June 13, 2015–June 19, 2015 _____

June 20, 2015–June 26, 2015 _____

June 27, 2015–July 3, 2015 _____

July 4, 2015–July 10, 2015 _____

July 11, 2015–July 17, 2015 _____

July 18, 2015–July 24, 2015 _____

July 25, 2015–July 31, 2015 _____

August 1, 2015–August 7, 2015 _____

August 8, 2015–August 14, 2015 _____

August 15, 2015–August 21, 2015 _____

August 22, 2015–August 28, 2015 _____

August 29, 2015–September 4, 2015 _____

September 5, 2015–September 11, 2015 _____

September 12, 2015–September 18, 2015 _____

September 19, 2015–September 25, 2015 _____

September 26, 2015–October 2, 2015 _____

October 3, 2015–October 9, 2015 _____

October 10, 2015–October 16, 2015 _____

October 17, 2015–October 23, 2015 _____

October 24, 2015–October 30, 2015 _____

October 31, 2015–November 6, 2015 _____

November 7, 2015–November 13, 2015 _____

November 14, 2015–November 20, 2015 _____

November 21, 2015–November 27, 2015 _____

November 28, 2015–December 4, 2015 _____

December 5, 2015–December 11, 2015 _____

December 12, 2015–December 18, 2015 _____

December 19, 2015–December 20, 2015 _____

ISSUE V: GOOD FAITH

10. To the extent the Defendants failed to compensate Plaintiff the applicable minimum wage for any of his hours worked, did they nonetheless act in good faith?

Yes: _____      No: _____

11. To the extent that the Defendants failed to compensate Plaintiff adequate overtime wages for any of his hours worked in excess of 40 in a given week, did they nonetheless act in good faith?

Yes: _____      No: _____

*You are finished.  The foreperson should ensure that each juror agrees with the answer to each question.  If so, the foreperson should date and sign below.*

Dated: _____ _____, 20___


_____
Foreperson