AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Massachusetts

Jampa Gonpo

v.

Sonam's Stonewalls & Art, LLC, et al

## EXHIBIT AND WITNESS LIST

Case Number: 16-40138-MGM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark G. Mastroianni | Thomas T. Merrigan | Aaron Schweitzer |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 16, 2019 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Sonam Lama, 261 Greenfield Road, South Deerfield, MA |
| | | | | | Tenzin Bhuti, 261 Greenfield Road, South Deerfield, MA |
| | | | | | Tsultrim Dolma, 170 East Hadley Road, Hadley, MA |
| | | | | | Fiodor Tahij, 33 Rockland Road, Greenfield, MA |
| | | | | | Phama Sithir, 120 Davis Street, Greenfield, MA |
| | | | | | Sonam Gyaltsen, 120 Davis Street, Greenfield, MA |
| | | | | | Jampa Dondop, 310 Chapman Street, Greenfield, MA |
| | | | | | Lobsang Dorjee, 51 1/2 Main Street, Shelburne Fallls, MA |
| | | | | | Elizabeth W. Scheffey, 213 Pratt Corner Road, Leverett, MA |
| | | | | | Lisa M. Hogan, 180 E. Main Street, Ste. 205C, Patchogue, New York |
| | A | | | | Jampa Gonpo's W2s for 2013, 2014 and 2014 |
| | B | | | | Quickbooks payroll transactions from Defendants' records |
| | C | | | | 2013 Sonam checks, photocopies, payable to Gonpo |
| | D | | | | 2013 Gonpo paystubs |
| | E | | | | 2014 Sonam checks, photocopies, payable to Gonpo |
| | F | | | | 2014 Gonpo paystubs |
| | G | | | | 2015 Sonam checks, photocopies, payable to Gonpo |
| | H | | | | 2015 Gonpo paystubs |
| | I | | | | Gonpo's Handwritten hours for 2013, 2014 and 2015 |
| | J | | | | Miscellaneous check to Gonpo 2014 |
| | K | | | | 2013-2015 copies of Western Union records with affidavit |
| | | | | | All exhibits in possession of Defendants' counsel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages