```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                         WESTERN SECTION


Jampa Gonpo                    )
                               )         16cv40138-MGM
     vs                        )
                               )         December 16, 2019
Sonam's Stonewalls, et al      )
_____)


          Plaintiff's Opening Statement Held Before

              The Honorable Mark G. Mastroianni

                 United States District Judge.
```

APPEARANCES:

On behalf of the plaintiff:  Aaron B. Schweitzer, Esq. Troy Law, PLLC 41-25 Kissena Boulevard, Suite 119 Flushing, NY 11355.

On behalf of the defendant: Thomas T. Merrigan, Esq., Sweeney Merrigan Law, LLP 393 Main Street, Greenfield, MA 01301.

Alice Moran, CSR, RPR, RMR
Official Federal Court Reporter
United States Courthouse
300 State Street, Room 303D
Springfield, MA 01105
(413)731-0086
alice.moran@verizon.net

```
 1   (Excerpt from 12-16-19 trial.)
 2            THE COURT:  Lunch has been brought in for you.
 3   We treat you good.  I hope you like it.
 4        Whenever you're ready.
 5            MR. SCHWEITZER:  Thank you, Your Honor.
 6   OPENING STATEMENT BY MR. SCHWEITZER
 7            MR. SCHWEITZER:  Ladies and gentlemen, I'll keep
 8   this brief because the issues in this case are simple.  My
 9   client, Mr. Gonpo, worked for the defendants Mr. Lama and
10   his stonemason company for a number of years.
11        The law imposes a statute of limitations of at most
12   three years prior to the filing of his complaint.
13   Accordingly, my client is seeking damages for the period
14   beginning August 2013 through November 2015 when his
15   employment ceased.
16        During that time it will be your task to decide the
17   following issues:  One, how many hours did Mr. Gonpo work
18   per week?  The evidence will show that he worked about 55
19   hours each week that he worked.
20        Two, for how many hours was he paid per week?  The
21   evidence will show that his hours paid varied from year to
22   year that he worked but not more than 60 hours per
23   two-week pay period.
24        Three, at what rate was he paid for those hours that
25   he was paid?  The evidence will show that he was paid $14
```

1  per hour for those hours that he was paid.
2      Four, was he paid -- is he owed overtime?  The
3  evidence will show that he worked and was not paid for
4  hours worked in excess of 40 per week, and that in
5  particular he was never paid time and a half which would
6  have amounted to $21 per hour.
7      To the extent -- sorry, five, to the extent that
8  defendants owe money to Mr. Gonpo, did they nevertheless
9  act in good faith?
10     The honorable judge will instruct you definitively
11 on the meaning of good faith, but briefly to act in good
12 faith means to take steps to ascertain and comply with the
13 law even if those efforts in compliance are not
14 successful.  That is not the case here.
15     The evidence will show that Mr. Lama took steps to
16 ascertain, became aware of the requirements of, and then
17 nevertheless deliberately flouted the law of overtime.
18     In weighing the evidence I urge you to take into
19 consideration the undeniable fact that defendants did not
20 keep and maintain Mr. Gonpo's time records.
21     Now Mr. Gonpo recorded his time worked over each
22 month and gave that information to Mr. Lama at the end of
23 each month, but that information was not maintained by Mr.
24 Lama.
25     The evidence will show that Mr. Lama, who had an

1   accountant to help prepare his payroll, paid Mr. Gonpo for
2   arbitrary numbers of hours each two-week period that he
3   was paid before receiving his monthly self-reports of
4   hours, and used the monthly self-reports of hours to
5   maintain a bank of unpaid hours.  He then held this bank
6   of unpaid hours over employees' heads as a method of
7   control.
8        This will allow you to do two things:  One, to find
9   that Mr. Gonpo can prove his hours as a matter of just and
10  reasonable inference due to the defendants' failure to
11  keep records of his hours; and, two, to find that Mr. Lama
12  did not act in good faith.
13       I urge you to focus on the issues that are to be
14  tried in this case and not any other issues that might
15  catch your attention in this case.
16       Lastly, I thank you for your service and, in advance,
17  for discharging your service faithfully.  I ask that
18  having examined all of the evidence and judged it
19  according to your reason and your conscience that you will
20  find in favor of the plaintiff Mr. Gonpo.  Thank you very
21  much.
22  (End of excerpt.)
23  --------------------
24
25

```
 1   (The certification of this transcript does not apply to
 2   any reproduction of this transcript, unless under the
 3   direct control and/or supervision of the certifying
 4   reporter.  I assume no responsibility for the accuracy of
 5   any reproduced copies not made under my control or
 6   direction.)
 7
 8                          CERTIFICATION
 9
10        I certify that the foregoing is a correct
11   transcript of the record of proceedings in the
12   above-entitled matter to the best of my skill and ability.
13
14
15
16   /s/ Alice Moran                         December 16, 2019
17   Alice Moran, RMR, RPR
18   Federal Official Court Reporter
19
20
21
22
23
24
25
```