<pre>
1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
2                          WESTERN SECTION

3

4
     Jampa Gonpo               )
5                              )          16cv40138-MGM
          vs                   )
6                              )          December 16, 2019
     Sonam's Stonewalls, et al )
7    _____)

8

9            **Daily Copy Excerpt** of Trial Held Before

10               The Honorable Mark G. Mastroianni

11                  United States District Judge.

12

13

14   <u>APPEARANCES</u>:

15

     On behalf of the plaintiff:  Aaron B. Schweitzer, Esq.,
16   Troy Law, PLLC 41-25 Kissena Boulevard, Suite 119
     Flushing, NY 11355.

17

18   On behalf of the defendants: Thomas T. Merrigan, Esq.,
     Sweeney Merrigan Law, LLP 393 Main Street, Greenfield, MA
19   01301.

20

21                     Alice Moran, CSR, RPR, RMR
22                   Official Federal Court Reporter
                        United States Courthouse
23                   300 State Street, Room 303D
                         Springfield, MA 01105
24                          (413)731-0086
                        alice.moran@verizon.net
25
</pre>

1                                    INDEX

2

3     Witness:                                            Page:

4

5

6     **Jampa Gonpo**

7

8     Direct examination by Mr. Schweitzer                  3

9

10

11

12

13

14

15

16

17    Exhibit No.
      Description                                          Page

18

19    1    Mr. Gonpo's paystubs                            15

20

21

22

23

24

25

1   **(Excerpt from 12-16-19 trial.)**

2   **(A recess was taken until 2:05.)**

3          THE COURT:  Okay.  Ladies and gentlemen, was

4   everyone able to follow my instructions over the lunch

5   break?  That is, not to begin to discuss the case with

6   each other or anyone else?  Not try to access the case

7   through the internet, or do any posting on social media?

8          THE JURY:  (Indicating.)

9          THE COURT:  Based upon the jury's response, they

10   remain fair and impartial.  All right.

11      Plaintiff, call your first witness.

12          MR. SCHWEITZER:  The plaintiff calls Jampa

13   Gonpo.

14   **(Jampa Gonpo sworn.)**

15          THE CLERK:  Please be seated.

16      Would you state your name for the record and spell

17   your last name?

18          THE INTERPRETER:  Last name is Dorjee,

19   D-o-r-j-e-e.  First name is Tashi, T-a-s-h-i.

20          THE COURT:  Go right ahead.

21   **DIRECT EXAMINATION**

22   Q.   (By Mr. Schweitzer) Mr. Gonpo, please state your name

23   for the record.

24   A.   Jampa Gonpo.

25   Q.   Are you familiar with a business Sonam's Stonewalls &

1    Arts?

2    A.   Yes, I do.

3    Q.   How are you familiar with that business?

4    A.   I worked there many years.

5    Q.   Were you working there in August of 2013?

6    A.   Yes.

7    Q.   When was the last time you performed work for that

8    business?

9    A.   December, 2015.

10   Q.   Between August of 2013 and December of 2015, did

11   there come a time when you weren't performing work for

12   that business?

13   A.   What kind of work I do?

14   Q.   You tell me what kind of work do you do?

15   A.   Stonewalls.

16   Q.   You were a stonemason?

17   A.   Yes.

18   Q.   Between August of 2013 and December of 2015, was

19   there a time when you were not performing stonemason work

20   for Sonam's Stonewalls & Arts?

21   A.   At the end of the year 2013 because of this season

22   change, it was off season and I stopped working and went

23   to Minnesota.  In December there's no stone work so they

24   had discontinued temporarily so I went to Minnesota.  I

25   worked in a hospital for two or three months.

```
 1              MR. MERRIGAN:  How many months?
 2              THE INTERPRETER:  Two or three.
 3              MR. MERRIGAN:  Thirty?
 4              MR. SCHWEITZER:  Two or three.
 5              MR. MERRIGAN:  Okay.
 6   Q.   (By Mr. Schweitzer)  What was the off season
 7   typically for your stone work?
 8   A.   Meaning there's no work; nothing.
 9   Q.   When did the off season begin and when did it end?
10   A.   The beginning of March --
11              MR. GONPO:  Not the beginning, around 20.
12              THE INTERPRETER:  March 20.
13              MR. GONPO:  Then mid-December and then every
14   same.
15   Q.   (By Mr. Schweitzer)  Was mid-March to mid-December
16   the active season or the off season?
17              MR. GONPO:  Active witness between --
18   Q.   (By Mr. Schweitzer) Please confine yourself to
19   Tibetan.
20              THE INTERPRETER:  On season?
21              MR. MERRIGAN:  I'm sorry?
22              THE INTERPRETER:  On season.
23              MR. MERRIGAN:  On season.
24   Q.   (By Mr. Schweitzer)  So the period from mid-December
25   through January and February into mid-March would be the
```

1   off season?

2   A.   Yes.

3   Q.   And that happened every year?

4   A.   Yes.

5   Q.   When did you go to work in Minnesota?

6   A.   When it was off season.  As soon as it started the

7   off season, I went to Minnesota.  Someone I know, I went

8   over there and they found a job for me in the hospital.

9   Q.   What years off season did you begin that job?  2013?

10  2014?  2015?

11  A.   In 2014 from January through April I was not

12  employed.

13  Q.   You mentioned for that job you were working in a

14  hospital.  What job were you doing?

15  A.   Housekeeping.

16  Q.   Coming back to Sonam's Stonewalls & Arts who, if

17  anyone, was your boss at that job?

18  A.   Sonam Lama.

19  Q.   Did you have --

20  A.   S-o-n-a-m L-a-m-a.

21  Q.   Did you have any other supervisors?

22  A.   There are people who would supervise but no one has

23  authority to completely decide anything.

24  Q.   Who are the people you're talking about?

25  A.   There's one guy who would look about my job.  His

1     name is Pheto, P-h-e-t-o I believe.  There's another guy

2     named B-e-m-a-s-i-t-h-e-r who is an in-law.  My boss's

3     relative, niece, relative, niece husband.

4     Q.   Niece's husband?

5     A.   Niece husband.

6     Q.   How did their jobs differ from yours, if at all?

7     A.   You mean different from other people?

8     Q.   How did Pheto's job or Bemasither's job differ from

9     your job, if at all?  If it differed at all?

10    A.   The work nature itself is nothing different, but the

11    people that I mentioned earlier and his son they would

12    take the responsibility.

13    Q.   Whose son?

14    A.   My employer's son.

15    Q.   What's that person's name?

16    A.   Sonam Gyaltsen, S-o-n-a-m G-y-a-l-t-s-e-n.

17    Q.   What do you mean by take responsibility?

18    A.   They would decide what is right, what is wrong.  If

19    one is taking the responsibility like that.

20    Q.   In terms of the project?

21    A.   It's a day-to-day job that I'm supposed to do, and

22    every day it's being asked those people to decide.

23    Q.   I see.

24         So the people you talked about taking responsibility,

25    they would be the ones deciding what tasks you would do

1    from day to day?

2    A.   For example, like the three people that I mentioned

3    earlier, they would take two people or one -- two people

4    with them for the projects assigned that day so

5    accordingly I'm taken to the assignment every day.

6    Q.   I see.

7         When did your working days begin at Sonam?

8    A.   First like in the spring or autumn it begins around

9    7:30 -- seven, seven.  In the summer it starts a little

10   earlier like 6:30, six, six o'clock in the morning.

11   Q.   Just to be clear, is it six o'clock or 6:30?

12   A.   Six o'clock.

13   Q.   Is it seven o'clock or 7:30 in the spring and autumn?

14   A.   Seven o'clock.

15   Q.   Okay.  In the spring and autumn, when did your

16   working days end?

17   A.   In spring and autumn it would stop at five.

18   Q.   And what about in the summer, when did your working

19   day end?

20   A.   Four o'clock.

21   Q.   Can you describe the course of a typical working day?

22   How it started?  How it continued and up until the end?

23   A.   The job responsibility?

24   Q.   Yes.  How did your day start?  What did you do during

25   your day?  And how did it end?

1   A.   It's a manual job to build stonewalls, dig holes,

2   foundation.  You remove the boulders, break them, or you

3   have to build stairs, stone stairs like.

4   Q.   What do you do in order to start your working day?

5   A.   What do you mean?

6   Q.   Do you go directly to the job site or do you go

7   someplace else?

8   A.   First in the morning when we arrive we go to boss

9   place, shop, backyard.

10        MR. GONPO:  Tools and kind of garage or

11   whatever.

12   Q.   (By Mr. Schweitzer)  Please confine your answers to

13   Tibetan.

14   A.   Where they keep the items or equipment.  The morning

15   at seven o'clock we have to reach that place, the

16   equipment place.

17   Q.   What do you do after you reach the boss's shop?

18   A.   So boss would send two, three people, with three

19   people that I mentioned earlier, and they would go to

20   different sites and they work there.

21   Q.   I see.

22        What happened if it was a very hot day or a rainy

23   day?  Would you stop work early?

24   A.   For example, like if the weather forecast said it was

25   going to be rain the next day, we would be sent to a

1    different location, different work.  The same thing with

2    if the condition was very hot weather.

3    Q.   Where would you be sent and what work would you be

4    doing?

5    A.   For example, like if there are any work to be done in

6    the basement of a house or painting or any kind of a

7    renovation like that.

8    Q.   I see.

9    A.   And that job was going on for everybody and me and

10   Pheto.

11   Q.   How, if at all, was your working time recorded from

12   day to day?

13   A.   My boss gave us an organizer.  You know, an organizer

14   and in there we record as soon as we arrive at that job --

15   the boss place, it's recorded there.

16        So all those timings were recorded in it.  In the

17   summer it's four o'clock when we finish and in the spring

18   and autumn it's recorded five o'clock.

19   Q.   When you say an organizer, are you referring to a

20   pocket calendar, a day planner, something like that?

21   A.   It's more like a calendar.

22   Q.   Okay.  And who recorded your working times in the

23   calendars you were given?

24   A.   The process was recorded every day by ourselves and

25   then at the end of the month it's shown to the boss and he

1   calculates accordingly and paid us and signed it.  Not

2   exactly paid, but it's recorded and the times were

3   calculated and the time that he paid was there and the

4   remaining time there was no pay.  It was passed onto the

5   calendar and he signed on it.

6   Q.   What happened to the calendar at the end of the

7   month?

8   A.   What we did was every month it was signed by him and

9   at the end of the year session, he takes away the

10  calendar.

11  Q.   Your calendars for the years 2013, '14, and '15 are

12  not in your possession anymore?

13  A.   What I have is the paystub that I was paid and I do

14  not have the carry-over balance of time that he signed.

15  It was with him.

16  Q.   To your recollection how many hours would you work in

17  a typical week?

18  A.   Every day from Monday through Friday I worked like

19  ten hours.  On Saturday I would work like six or seven

20  hours.

21  Q.   From what time of day until what time of day do you

22  work on Saturdays?

23  A.   The starting time is the same like I explained

24  earlier, either spring, summer, or autumn.  Saturdays

25  sometimes we finish by one o'clock or sometimes two

o'clock.  Summer and autumn -- spring and autumn we worked
until two o'clock.

Q.   So just to be clear, on Saturdays during the spring
and autumn you worked from seven until two?

A.   From seven until two o'clock.

Q.   And in the summer you worked on Saturdays from six
until one?

A.   Yes.

Q.   Okay.  When the boss added up the hours worked at the
end of each month, did he add them up week by week or for
the whole month?

A.   The whole month.  For example, like if I was paid
like twice a month, bimonthly, it's calculated like about
35 hours a week -- biweekly, two weeks, one check.

     Every check is paid for 35 hours but it's not a
reliable calculation.  If you closely check, then you
missed a lot of hours.  Some checks carried more hours;
some carried less hours.

     For example, at the end of the month let's say I was
paid for 60 hours.  And if I calculate the hours that I
worked the whole month, what he would do is after
deducting the 60 hours that he paid and the rest of the
hours he signed on the paycheck -- on the calendar and he
would promise that we'd be paid later and he will just
leave it like that.

1 Q. So that was a lot of information at once.  I'd like

2 to walk back a little bit and go through that step by

3 step.

4   How often were you paid?

5 A. There's no definite kind of payment schedule.

6 Sometimes I got paid twice a month; sometimes only once.

7 Q. Did it ever come to pass that you were paid in the

8 middle of the month before you had given your boss the

9 record of hours you had worked over the course of the

10 month?

11 A. The check is given the middle of the month.

12 Sometimes I do get checks.

13 Q. And to your knowledge how is the amount of hours that

14 you're being paid for those checks that you were given in

15 the middle of the month, before you give your boss the

16 accounting of hours you worked for the month, how is the

17 number of hours determined?

18 A. Like I explained earlier, at the end of the month it

19 was calculated how many hours I worked and then the check

20 that was paid calculates to a certain amount of -- that

21 covered a certain amount of the hours and the remaining

22 hours were carried forward and signed by him.  And every

23 check does not have reliable exact hours.  For example,

24 like in my paystub some of the paystubs had more payment

25 and some had less.

1    MR. SCHWEITZER:  Your Honor, may I approach the

2  witness and show him an exhibit?

3    THE COURT:  Yes.

4  Q.   (By Mr. Schweitzer) I'm showing you now what's been

5  marked for identification as Plaintiff's Exhibit 4.  Do

6  you recognize that document?

7  A.   Yes.

8  Q.   What is it?

9  A.   This is one of the check payments that I received,

10  paystub.

11  Q.   Specifically that paystub is part of a larger group

12  of paystubs; is it not?

13  A.   Looking at it, this is one of the paystubs that had

14  more hours in it.

15    THE COURT:  Hold on one second.

16  (A short pause in the proceeding.)

17    THE COURT:  Okay.  Go ahead.

18  Q.   (By Mr. Schweitzer) Turning back to the first page of

19  this exhibit, I'm going to direct your attention to the

20  line beginning pay period.

21    What is the pay period for this paystub?

22  A.   It says from July, July 20, 2013 to August 2, 2013.

23  Q.   And turning to the last page of this exhibit, what is

24  the pay period covered by this paystub?

25  A.   October 17, 2015 to October 30, 2015.

1    Q.   Are these paystubs that you received from your

2    employer?

3    A.   Yes.

4    Q.   Did these paystubs each come with a check?

5    A.   Sometimes I get a check along with it; sometimes I

6    don't and I had to go and ask for it.

7              MR. SCHWEITZER:   Okay.  At this time, Your

8    Honor, I'd ask that Plaintiff's Exhibit 4 be moved into

9    evidence.

10             THE COURT:   Any objection?

11             MR. MERRIGAN:   I'm sorry, what was the last page

12   in this exhibit?  Was it the pay date 11/6/15?

13             MR. SCHWEITZER:   Pay day 11/6/15 Bates No.

14   P-148.

15             MR. MERRIGAN:   I have no objection, Your Honor.

16             THE COURT:   All right.   That will be allowed.

17   That's introduced into evidence.  That will be marked.

18        What will it be marked as?

19             THE CLERK:   One.

20             THE COURT:   So Plaintiff's Exhibit 4 becomes

21   trial exhibit 1 for plaintiff.

22   **(Plaintiff's Exhibit 1 admitted.)**

23             THE COURT:   So when something is introduced as

24   an exhibit, that means you will get it.  The parties are

25   free to show it to you now or put it up on the screen, or

1    just allow you to inspect it when you deliberate.  You

2    will have it with you.  All right?

3              MR. SCHWEITZER:  Permission to publish the

4    exhibit?

5              THE COURT:  Yes.

6              MR. SCHWEITZER:  Thank you, Your Honor.

7    Q.   (By Mr. Schweitzer) Can you see the exhibit page

8    clearly on your screen?

9    A.   Yes.

10             THE COURT:  The screens actually pull out

11   towards you if you want to try to move them.

12   Q.   (By Mr. Schweitzer) For this pay period October 17,

13   2015 through October 30, 2015 that's a 14-day period,

14   correct?

15   A.   Looking at it, for example, this is for two weeks'

16   pay period and the hours that I was paid it stated only 36

17   hours, which calculates for me there's nothing -- not that

18   many hours that I worked.

19             MR. MERRIGAN:  I'm sorry, not many hours I

20   worked?

21             THE INTERPRETER:  I worked looking at it.

22   Q.   (By Mr. Schweitzer)  What do you mean when you say

23   that's not the many hours that you worked?

24   A.   For example, the hours that was paid in here for two

25   weeks, it's very clear that I was not paid enough hours.

 1    Obviously there's some missing hours.

 2              MR. MERRIGAN:  It's clear -- I'm sorry.  It was

 3    clear I was not paid what?

 4              THE INTERPRETER:  Missing hours.

 5              MR. MERRIGAN:  Before that?

 6              THE WITNESS:  For example, for 14 days the hours

 7    that I worked is stated only 36 hours and in practical

 8    that's not the truth.

 9    Q.   (By Mr. Schweitzer)  What would be the number of

10    hours you worked over a 14-day period?

11    A.   For five days it's according to calculate 50 hours

12    and adding a Saturday seven hours is going to be 57 in a

13    week and that's going to be twice so obviously it's not

14    that much.

15    Q.   I see.

16         I'm now showing you the second to last page of the

17    exhibit.  This does not have a Bate's number but it covers

18    a period from October 4th to October 17th and lists a pay

19    date of October 24, 2014.

20              MR. MERRIGAN:  Is there a Bates Number?

21              MR. SCHWEITZER:  I'm sorry, I have this in the

22    wrong order.  This should be the last second to last one,

23    and, no, this one still doesn't have a Bates Number.  It's

24    from September 19th to October 2nd.

25              MR. MERRIGAN:  So that's the second one you're

1    working with?

2              MR. SCHWEITZER:  Yes.

3              MR. MERRIGAN:  Thank you.

4              THE WITNESS:  The year 2015 --

5              MR. MERRIGAN:  Are these screens supposed to be

6    blue?

7              MR. SCHWEITZER:  I think there's something with

8    the input cable.

9              THE COURT:  I see some are green; some are blue,

10   What color are the jurors'?

11             A JUROR:  It changes from white to blue.

12             MR. MERRIGAN:  It's hard to see.

13             THE COURT:  It is hard to see when it's blue.

14             MR. MERRIGAN:  The technician was here earlier.

15   I don't think it's supposed to be blue.

16             MR. SCHWEITZER:  When I move the input cable

17   towards that way, it becomes white.

18             THE COURT:  Okay.  We will have the I.T. person

19   come in.

20             MR. MERRIGAN:  Thank you.

21   Q.   (By Mr. Schweitzer) The pay date on this is October

22   9, 2015, right?

23   A.   Yes.

24   Q.   To your recollection when were you given this

25   paystub?

1    A.   My guess would be I must have received it the same

2    date.

3    Q.   So in the middle of October?

4    A.   Something like that.

5    Q.   And this pay period is supposed to cover overlaps

6    from September to October; isn't that right?

7    A.   This paystub is given to us by him but he wouldn't

8    tell us anything about it.  We were simply issued the

9    check and the paystub but never explained what was that,

10   covered the pay periods.

11   Q.   Do you read English?

12   A.   Yes, sometimes.  A little bit.

13   Q.   My question is taking it that the pay period is from

14   September 19th to October 2nd of 2015, when did you give

15   your boss the accounting of the hours for the month of

16   September 2015?

17   A.   There's no relevance to this calculation.  What was

18   done by my boss was at the end of the month, the hours

19   were added up and from that hour the number that I was

20   paid on this paystub was deducted and then remaining hours

21   were carried forward.

22   Q.   When you say carried forward, do you still have hours

23   that you weren't paid?

24   A.   That was the main reason because the hours that was

25   not paid is signed on the calendar but that was taken over

1    by him and he said he would take care of it at the end of
2    the year and he never did.  That's the main reason why I
3    end up being here.
4    Q.   Did he take care of it at the end of 2013 or 2014?
5    A.   No.
6    Q.   Do you know sitting here today how many hours you
7    weren't paid for?
8    A.   To my estimation I was paid only half of what I
9    worked for and that's my estimation, but the truth is
10   real.  The calculation would be the calendar was with him
11   and with that we would know better the truth.  If he
12   showed in that calendar, then it would clarify everything.
13        Like I explained earlier, I worked 50 hours plus
14   Saturdays seven hours so the payment that I received is
15   the paystub that I have.  I had provided here and the rest
16   of the hours are sitting.
17             MR. MERRIGAN:  Are what?
18             THE INTERPRETER:  Sitting with him.
19   Q.   (By Mr. Schweitzer)  Did you get any breaks during
20   the working day?
21   A.   Lunch break, half hour.
22   Q.   Any other breaks?
23   A.   There's no other special breaks.
24   Q.   When you recorded your time in the book, did you
25   except out your lunch half hour?

1   A.   Yes.  The half-hour lunch break was added to the

2   calculation.

3   Q.   And because it was added to the calculation, it would

4   have ended up in the total monthly hours that your boss

5   had at the end of the month?

6   A.   There was no break when working but half hour.  What

7   my boss had explained to us was that there was a paid

8   lunch break.

9   Q.   I see.

10       Let's return to the job you had in Minnesota for a

11   moment.

12       How was your time recorded there?

13   A.   The system was very simple.  When you start your job,

14   you have to swipe your card.  And when you finish the job

15   for the day, then you swipe it and every biweekly you get

16   the check.

17   Q.   All right.  Did you ever work more than 40 hours a

18   week at the Minnesota job?

19   A.   No.

20   Q.   Did any of your coworkers ever work more than 40

21   hours at the Minnesota job?

22            MR. MERRIGAN:  Objection.

23            THE COURT:  At the Minnesota job, irrelevant.

24   Objection sustained.  You should disregard the question.

25   Q.   (By Mr. Schweitzer)  To your knowledge what would

1   have happened if you had worked more than 40 hours at the

2   Minnesota job?

3   A.   What I learned from my coworkers was that --

4             MR. MERRIGAN:  Objection.

5             THE COURT:  Sustained.

6             THE INTERPRETER:  What my coworkers told me was

7   --

8             THE COURT:  No.

9             MR. MERRIGAN:  Stop.

10            THE COURT:  That's sustained so you can't answer

11   that question.  The objection is sustained.  That means

12   you strike or disregard the question, and any part of the

13   answer that came out disregard it.

14   Q.   (By Mr. Schweitzer)  Are you familiar with the term

15   and concept of overtime?

16   A.   I learned when I was there.

17   Q.   When you were where?

18   A.   When I was in Minnesota.

19   Q.   How did you learn about it?

20   A.   The senior coworkers over at the hospital told me

21   that there's overtime and I saw on the wall that the

22   number of overtime mentioned over there, but that overtime

23   was given only to the senior workers over there.  They

24   said -- so I saw that on the wall who are entitled for

25   overtimes.

1  Q.   Did you see any similar posting on the wall at

2  Sonam's business?

3  A.   No.  No.

4  Q.   Had Sonam -- before you worked at the Minnesota

5  Hospital -- had he ever told you about overtime?

6  A.   No.

7  Q.   After you learned about overtime at Minnesota, did

8  you ever complain to Sonam about not being paid overtime?

9  A.   I told him that to account my balance hours.  I

10  needed money.

11  Q.   That is to say, you told him to pay you for the hours

12  that you had accumulated?

13           MR. MERRIGAN:  Objection.

14           MR. SCHWEITZER:  I wasn't really clear on what

15  he was saying.  I'm trying to clarify.

16           THE COURT:  The objection is sustained.  The

17  question is stricken.  You can ask him to repeat what he

18  said or ask the stenographer to read it back.

19  Q.   (By Mr. Schweitzer)  What, if anything, did you

20  complain to Sonam about about not being paid about your

21  wages?

22  A.   While I was in Minnesota, I asked him to pay me the

23  balance hours and what he said was to return and he has

24  new jobs for him.  He needed me.  He said there was a job

25  in New Hampshire to build a stupa, s-t-u-p-a, and he

1    promised to clear up that account.  That is why I came

2    back.  Then I worked for 2014, 2015 but still then he

3    didn't clarify that account.

4    Q.   I see.

5             MR. SCHWEITZER:  May I approach, Your Honor?

6             THE COURT:  Yes.

7    Q.   (By Mr. Schweitzer) I'm showing you what's been

8    marked for identification as Plaintiff's Exhibit 14.

9    These are Bates indexed P-149 through P-168.  Take a

10   moment to look at these and let me know when you're ready.

11   A.   This one is showing a photograph explaining it.

12            MR. GONPO:  He told me if I come back in 2014 --

13            MR. MERRIGAN:  Objection, no question, Your

14   Honor.

15            THE COURT:  Overruled.

16            MR. SCHWEITZER:  Let the record reflect that the

17   witness was looking at page 157.

18            THE COURT:  We are going to -- let's hold on.

19        Attorney Schweitzer, take back the pictures.

20            MR. SCHWEITZER:  Yes, Your Honor.

21            THE COURT:  I just want to do it one at a time

22   to stay organized.  Are each of those marked for ID?

23            MR. SCHWEITZER:  They're all part of the

24   singular Exhibit 14.  Each is Bates indexed and in

25   order.

```
 1              THE COURT:  All right.  Is your plan to
 2    introduce those?
 3              MR. SCHWEITZER:  Yes.
 4              THE COURT:  All right.  Is there going to be an
 5    objection?
 6              MR. MERRIGAN:  I'd like to reserve an objection
 7    until such time as I review these with my client.
 8              THE COURT:  All right.  So I'm just going to ask
 9    you to do one at a time and do some type of identifying
10    characteristics of each one so the witness isn't holding
11    the group because I can't quite keep track which ones he's
12    referring to.  So start over with one at a time.
13              MR. SCHWEITZER:  All right.
14    Q.   (By Mr. Schweitzer)  Directing your attention to the
15    documents 149 and 150, do you recognize these documents?
16    A.   Yes.
17    Q.   What do you recognize them to be?
18    A.   That's the stonewall and stairways constructed.
19    Q.   Is it a photograph?
20    A.   Yes.
21    Q.   Did you take this photograph?
22    A.   Yes.
23    Q.   When did you take this photograph?
24    A.   I believe the timing was around 2011 in Cape Cod.
25    Q.   Now showing you documents No. 151 and 152, do you
```

1    recognize this?

2    A.    Yes.

3    Q.    What do you recognize it to be?

4    A.    For a school.  We built a big gate, school gate.

5    Q.    Is this a photograph of that gate?

6    A.    Yes.

7    Q.    Did you take that photograph?

8    A.    Yes.

9    Q.    Specifically this is the front and the back of a

10   printed photograph and there's writing on the back; is

11   that your handwriting?

12   A.    Yes.

13              MR. MERRIGAN:  I'm sorry, what page are you on?

14              MR. SCHWEITZER:  That was 151 and 152.

15              MR. MERRIGAN:  152 you're saying is the back?

16              MR. SCHWEITZER:  Yes.

17              MR. MERRIGAN:  Thank you.

18              THE COURT:  So the last picture was of a school

19   gate?

20              MR. SCHWEITZER:  Yes.

21              THE COURT:  What year was that?

22              THE INTERPRETER:  Around 2012, 2012 and '13.

23   Q.    (By Mr. Schweitzer)  I'm now showing you what was

24   marked as number 153 and 154.  Do you recognize this?

25   A.    Yes.

1    Q.   What do you recognize it to be?

2    A.   This photograph was taken in Vermont.  A resident who

3    had built a very large wall.  It was a huge assignment.

4    We built stonewalls all around.

5    Q.   And did you take this photograph?

6    A.   Yes.

7    Q.   This is the front and the back of the photograph, a

8    printed photograph, and the back has handwriting on it.

9    Is that your handwriting?

10   A.   Yes.

11           MR. MERRIGAN:  Is that page 154?

12           MR. SCHWEITZER:  153 and 154.

13           THE COURT:  What's the year of the Vermont wall?

14           MR. SCHWEITZER:  155 and 156?

15           THE COURT:  The year?

16   Q.   (By Mr. Schweitzer) Oh.  Turning back to 153 and 154,

17   what year was this photograph taken?

18   A.   2013 to '15.  This was a huge project.  It lasted for

19   two, three years.  Even after I left, it wasn't finished.

20   Q.   Was the photograph taken towards the beginning of

21   when you worked on the project or at the end or towards

22   the middle you worked on the project?

23   A.   It's the middle of the completion and it was taken at

24   that time.

25   Q.   All right.  Now showing you pages 155 and 156, do you

1    recognize this?

2    A.   Yes, same place.

3    Q.   This is a different photograph?

4    A.   That was at the end of the project and it's widened,

5    not ended but after that.  It's a huge project.

6    Q.   When did you take this photograph?

7    A.   It's the same time frame of the earlier photos.

8    Q.   Okay.  I'm showing you pages 157 and 158.  Do you

9    recognize these documents?

10   A.   Yes.

11   Q.   What do you recognize them to be?

12   A.   This is one project that I personally took the

13   responsibility.

14   Q.   And where was that project located?

15   A.   This was in November and over at a skiing resort

16   place and in front of building I built that.

17              MR. MERRIGAN:  I'm sorry?

18              THE INTERPRETER:  In front of the building.

19   Q.   (By Mr. Schweitzer) And did you take this photograph?

20   A.   Yes.

21   Q.   And the back of the photograph has your handwriting

22   on it?

23   A.   Yes.

24   Q.   When did you take this photograph?

25   A.   2014.

1   Q.   I'm now showing you pages 159 and 160.  Do you

2   recognize the document?

3   A.   Yes.

4   Q.   This is a photograph?

5   A.   Yes, I do recognize it.

6   Q.   Is it a photograph?

7   A.   Yes.

8   Q.   What is it a photograph of?

9   A.   C-h-o-r-t-e-n which relates to stupa in English,

10  s-t-u-p-a, stupa.

11  Q.   Stupa is a religious thing?

12  A.   Yes.

13  Q.   Where was this particular stupa located?

14  A.   New Hampshire.

15  Q.   When did you take this photograph?

16  A.   This was also built in 2014 right after I completed

17  the earlier photo, that circle one by the skiing resort

18  place.  After the completion of that circle that I built

19  at the resort right after the completion, I worked on this

20  project.

21  Q.   Is this the project that you and Mr. Lama discussed

22  while you were working in Minnesota?

23  A.   Yes.  He said I had a very important project and he

24  asked me to come, and after the completion he promised to

25  settle all the past dues.

1    Q.  Now showing you document 161.  This is the face of a

2    photograph without the back.  Do you recognize this

3    photograph?

4    A.  Yes.

5    Q.  Did you take this photograph?

6    A.  Yes.

7    Q.  What is it a photograph of?

8    A.  This is a wall built outside the house.

9    Q.  Where was this photograph taken?

10    A.  It's close by.  In the middle of the jungle.

11         THE INTERPRETER:  The witness said something in

12    English I couldn't -- the interpreter failed to translate

13    it.  Shelburne Falls, a name of the place.  I don't know.

14    Q.  (By Mr. Schweitzer)  Shopping Falls?

15    A.  Shell.

16         MR. GONPO:  Shelburne.

17         THE COURT:  Shelburne, S-h-e-l-b-u-r-n --

18         MR. SCHWEITZER:  Shelburne.  Okay.

19         THE COURT:  -- e.

20         MR. SCHWEITZER:  Shelburne.

21    Q.  (By Mr. Schweitzer)  When did you take this

22    photograph?

23    A.  To the best of my recollection somewhere like 2012,

24    '11 so then I'm not sure.

25    Q.  Okay.  I'm now showing you page No. 162.  This is

1    another face of a photograph without the back.  Do you

2    recognize the photograph?

3    A.    Yes.

4    Q.    What do you recognize it to be of?

5    A.    This is a wall and stairs.

6    Q.    And where are the wall and stairways located?

7    A.    In Amherst somewhere.

8    Q.    Elmherst.  What state?

9    A.    Amherst.

10   Q.    Oh, Amherst.

11   A.    Close by Northampton.  I do not have the address.

12   Q.    I apologize.  I'm in Queens all the time.  When I

13   hear Amherst, I hear Elmherst.

14        When did you take this picture?

15   A.    I believe it was in 2015.

16   Q.    I'm now showing you page number --

17             MR. MERRIGAN:  Is there a date?  Did he respond

18   when did he take it?

19             THE INTERPRETER:  2015.

20             MR. MERRIGAN:  Thank you.

21   Q.    (By Mr. Schweitzer) Now showing you page 163.  Do you

22   recognize this photograph?

23   A.    Yes.

24   Q.    What do you recognize it to be of?

25   A.    This in regular language what we call is a retainer

1    wall that was built.  In front of the house we built

2    flower spaces and a lot of other stuff.

3    Q.   I see.  And where is this house and retaining wall?

4    A.   In Amherst close by the previous picture.

5    Q.   I see.

6         And did you take this photograph?

7    A.   In Amherst and Belchertown.

8    Q.   Belchertown.  Okay.

9         Did you take this photograph?

10   A.   Yes.

11   Q.   When?

12   A.   This too was taken between 2014 and '15.

13   Q.   I'm now showing you page No. 164.  Do you recognize

14   the photograph?

15   A.   Yes.

16   Q.   Did you take this photograph?

17   A.   Yes.

18   Q.   What is it a photograph of?

19   A.   It's some kind of a stairway.  A wall, stairways.

20   Q.   I heard patio.

21              THE INTERPRETER:  Patio, sorry.  I couldn't

22   catch it.

23   Q.   (By Mr. Schweitzer)  And where is this stairway and

24   patio?

25   A.   Amherst.

1    Q.   And when did you take this photograph?

2    A.   2015, the same place.

3    Q.   Let the record reflect I'm showing the witness page

4    165.  He identified it as the same place as 164.

5    A.   That was the front and the previous one was exact.

6    Q.   I'm now showing you 166.  Do you recognize this

7    photograph?

8    A.   Yes, the same house.

9    Q.   The same one as 164 and 165?

10   A.   Yes, from the corner.

11           MR. GONPO:  Side of the house.

12   Q.   (By Mr. Schweitzer)  Now showing you 167.  Is this

13   the same house?

14   A.   Yes, same house, the walkways.

15   Q.   What about 168?

16   A.   This is different.

17   Q.   Where was this photograph taken?

18           MR. GONPO:  Before Northampton and then in the

19   field.  I don't know exactly the name of the place.

20           THE INTERPRETER:  Before Northampton in the

21   field and a little -- when you enter into Northampton,

22   there's an agricultural field and somewhere there.

23   Q.   (By Mr. Schweitzer)  I see.

24           Did you take this photograph?

25   A.   Yes.

1    Q.   When?

2    A.   2015.

3              MR. SCHWEITZER:  That is the last page in the

4    proposed exhibit.  At this time I ask that Plaintiff's

5    Exhibit 14 be entered into evidence as trial Exhibit 2.

6              MR. MERRIGAN:  Your Honor, as I indicated, I'd

7    like an opportunity to review these with my client.

8              THE COURT:  All right.  How long will that take?

9              MR. MERRIGAN:  Are we going to have a break?

10             THE COURT:  I didn't know if it was something

11   you could do in a minute.

12             MR. MERRIGAN:  I would need a few minutes during

13   a break.

14             THE COURT:  Okay.

15             MR. SCHWEITZER:  Each of these was disclosed

16   during discovery.

17             THE COURT:  We will take five minutes so you

18   will be able to do that.  So move on.

19             MR. MERRIGAN:  Thank you.

20             MR. SCHWEITZER:  Okay.

21   Q.   (By Mr. Schweitzer) What was your rate of pay in

22   2013?

23             THE INTERPRETER:  What was your rate of pay in

24   2013?

25   Q.   (By Mr. Schweitzer)  What was your rate of pay in

1  2013?

2  A.   $14.

3  Q.   Since that time until the end of your employment with

4  Sonam, did your rate of pay at Sonam change?

5  A.   Even though I was promised a raise when I returned

6  from Minnesota but I didn't receive any raise.

7  Q.   What raise were you promised?

8  A.   There was no specific rate but I was promised a

9  raise, yes.

10  Q.   How many coworkers did you have when you were working

11  at Sonam?

12  A.   During the time frame 2011, '12, '13 we had 12, 13

13  people.

14         MR. MERRIGAN:  Twelve or 13?

15         THE INTERPRETER:  Twelve, 13 coworkers.

16         MR. MERRIGAN:  Thank you.

17  Q.   (By Mr. Schweitzer) What about 2014 and 2015?

18  A.   In '14 to '15 there were nine coworkers, maybe more.

19  And sometimes there were people who come to work, new

20  ones, and they worked for like two weeks' time, ten days

21  like that and leave.

22         MR. SCHWEITZER:  Nothing further.

23         THE COURT:  All right.  We will just take our

24  break.  Because you won't finish with this witness, we'll

25  come back after the break regarding your introducing that

1   group of photographs.

2              MR. SCHWEITZER:  Thank you.

3              THE COURT:  So we will take a five- to

4   ten-minute break and then we'll come back.  During the

5   break you're not to discuss the case with each other or

6   anyone else.  Do not try to access the case on the

7   internet or post anything on the internet.

8   **(The jury left at 3:24 until 3:40.)**

9   (End of excerpt.)

10  ---------------

1    (The certification of this transcript does not apply to

2    any reproduction of this transcript, unless under the

3    direct control and/or supervision of the certifying

4    reporter.  I assume no responsibility for the accuracy of

5    any reproduced copies not made under my control or

6    direction.)

7

8                            CERTIFICATION

9

10          I certify that the foregoing is a correct

11   transcript of the record of proceedings in the

12   above-entitled matter to the best of my skill and ability.

13

14

15

16   /s/ Alice Moran                      December 16, 2019

17   Alice Moran, RMR, RPR

18   Federal Official Court Reporter

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25