UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMPA GONPO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONAM'S STONEWALLS & ART, LLC d/b/a SONAM'S STONEWALLS AND ART and SONAM RINCHEN LAMA,<br><br>Defendants. | Civil Action No. 16-40138-MGM |

## SPECIAL INTERROGATORIES TO THE JURY

All jurors must agree on the answers to all of the questions. Jurors must answer the questions in the order they are presented.

1. Did the Plaintiff prove by a preponderance of the evidence that Defendants **Sonam Rinchen Lama** and **Sonam's Stonewalls & Art LLC** did not keep and preserve accurate records of the dates and hours of Plaintiff's employment?

    Yes: ✓           No: _____

    IF YOU ANSWERED "YES" TO QUESTION 1, PROCEED TO QUESTIONS 2-4.

    IF YOU ANSWERED "NO" TO QUESTION 1, PROCEED TO QUESTION 5.

## Number of Hours Worked

*Mt. Clemens* Standard

2. Did the Plaintiff prove by a preponderance of the evidence that the Plaintiff performed work that was improperly compensated?

    Yes: ✓    No: _____

3. Did the Plaintiff present sufficient evidence that shows the amount and extent of that work as a matter of reasonable inference?

    Yes: ✓    No: _____

    IF YOU ANSWERED "NO" TO **EITHER** QUESTION 2 OR QUESTION 3, GO TO THE LAST PAGE OF THE VERDICT FORM.

    IF YOU ANSWERED "YES" TO **BOTH** QUESTION 2 AND QUESTION 3, ANSWER QUESTION 4.

4. Did the Defendants wholly rebut Plaintiff's evidence regarding the amount and extent of work?

    Yes: _____    No: ✓

    IF YOU ANSWERED "YES" TO QUESTION 4, GO TO THE LAST PAGE OF THE VERDICT FORM.

    IF YOU ANSWERED "NO" TO QUESTION 4, FILL IN THE AMOUNT OF HOURS YOU DID FIND WERE WORKED IN **COLUMN A** IN THE TABLE IN APPENDIX A AND PROCEED TO QUESTION 6.

---

5. Did the Plaintiff prove by a preponderance of the evidence the number of hours he worked in each workweek?

    Yes: _____    No: _____

    IF YOU ANSWERED "NO" TO QUESTION 5, GO TO THE LAST PAGE OF THE VERDICT FORM.

    IF YOU ANSWERED "YES" TO QUESTION 5, FILL IN THE HOURS WORKED IN **COLUMN A** IN THE TABLE IN APPENDIX A AND PROCEED TO QUESTION 6.

## Compensation Received

6. Has the Plaintiff proved by a preponderance of the evidence the wages he received from the Defendants?

    Yes: __✓__   No: _____

    IF YOU ANSWERED "NO" TO QUESTION 6, GO TO THE LAST PAGE OF THE VERDICT FORM.

    IF YOU ANSWERED "YES" TO QUESTION 6, FILL IN THE WAGES THAT PLAINTIFF RECEIVED IN A WORKWEEK IN **COLUMN B** IN THE TABLE IN APPENDIX A AND PROCEED TO QUESTION 7.

## Number of Hours Paid

7. FILL IN THE NUMBER OF HOURS THAT PLAINTIFF RECEIVED COMPENSATION FOR IN **COLUMN C** IN THE TABLE IN APPENDIX A. IF USEFUL TO YOU, YOU MAY REFERENCE APPENDIX B, WHICH IS A CHART SHOWING COMPENSATION FOR HOURS WORKED AT A RATE OF $14/HR.

    PROCEED TO QUESTION 8.

## Regular Wage Claims

8. Based on the number of hours that you found Plaintiff worked (at Questions 2-4 or Question 5), the wages Plaintiff received (at Question 6), and the number of hours that the Plaintiff was compensated for (at Question 7), has Plaintiff shown that he was not paid wages at the regular hourly rate of $14 per hour for some or all of the hours he worked in a workweek?

    Yes: __✓__   No: _____

    IF YOU ANSWERED "NO" TO QUESTION 8, PROCEED TO QUESTION 9.

    IF YOU ANSWERED "YES" TO QUESTION 8, FILL IN THE NUMBER OF HOURS IN A WORKWEEK FOR WHICH THE PLAINTIFF WAS NOT TIMELY PAID HIS REGULAR HOURLY WAGES IN **COLUMN D** IN THE TABLE IN APPENDIX A AND PROCEED TO QUESTION 9.

## Minimum Wage Claims

9. Based on the number of hours that you found Plaintiff worked (at Questions 2-4 or Question 5), the wages Plaintiff received (at Question 6), and the number of hours that the Plaintiff was compensated for (at Question 7), has Plaintiff shown that he worked any hours that were not compensated at or above the minimum hourly rate?

    Yes: __✓__                    No: _____

    IF YOU ANSWERED "NO" TO QUESTION 9, PROCEED TO QUESTION 10.

    IF YOU ANSWERED "YES" TO QUESTION 9, FILL IN THE NUMBER OF HOURS IN A WORKWEEK FOR WHICH THE PLAINTIFF WAS NOT COMPENSATED AT OR ABOVE THE MINIMUM HOURLY RATE IN **COLUMN E** IN THE TABLE IN APPENDIX A AND PROCEED TO QUESTION 10.

## Overtime Wage Claims

10. Based on the number of hours that you found Plaintiff worked (at Questions 2-4 or Question 5), the wages Plaintiff received (at Question 6), and the number of hours that the Plaintiff was compensated for (at Question 7), has Plaintiff shown under the applicable standards that he worked any overtime hours—with actual or construction knowledge of the Defendants—for which he was not paid wages at the overtime hourly rate of $21 per hour?

    Yes: __✓__                    No: _____

    IF YOU ANSWERED "NO" TO QUESTION 10, PROCEED TO QUESTION 11.

    IF YOU ANSWERED "YES" TO QUESTION 10, FILL IN THE NUMBER OF HOURS IN A WORKWEEK FOR WHICH THE PLAINTIFF WORKED OVERTIME AND WAS NOT COMPENSATED AT THE OVERTIME HOURLY RATE OF $21 PER HOUR IN **COLUMN F** IN THE TABLE IN APPENDIX A AND PROCEED TO QUESTION 11.

## Willfulness

11. IF YOU ANSWERED "YES" TO **EITHER** QUESTION 9 OR QUESTION 10, ANSWER THE FOLLOWING:

    Has the Plaintiff proved by a preponderance of the evidence that the Defendants' acted willfully in failing to pay the Plaintiff his wages?

    Yes: ✓                  No: _____

    PROCEED TO QUESTION 12.

## Good Faith

12. IF YOU ANSWERED "YES" TO **EITHER** QUESTION 9 OR QUESTION 10, ANSWER THE FOLLOWING:

    Has the Plaintiff proved by a preponderance of the evidence that the Defendants' acted in good faith despite failing to pay the Plaintiff his wages?

    Yes: _____                  No: ✓

PROCEED TO THE NEXT PAGE.

THE FOREPERSON SHOULD SIGN AND DATE THIS PAGE AND INFORM THE CLERK THAT YOU HAVE FINISHED DELIBERATING.

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

*1.3.2020*
DATE

*Brenda L. DAngelo*
FOREPERSON'S SIGNATURE