APPENDIX A TO SPECIAL VERDICT FORM

| Workweek | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| **YEAR 2013** | | Net Paid | | | | | |
| Monday, March 4, 2013 | | | | | | | |
| Monday, March 11, 2013 | | | | | | | |
| Monday, March 18, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, March 25, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, April 1, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, April 8, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, April 15, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, April 22, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, April 29, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, May 6, 2013 | ∅ | | | 40 | 40 | 6 | |
| Monday, May 13, 2013 | 34 | 374.11 | 34 | 40 | 6 | 6 | |
| Monday, May 20, 2013 | 34 | 374.11 | 34 | 40 | 6 | 6 | |
| Monday, May 27, 2013 | 28 | 313.28 | 28 | 40 | 12 | 6 | |
| Monday, June 3, 2013 | 28 | 313.28 | 28 | 40 | 12 | 6 | |
| Monday, June 10, 2013 | 14 | 156.49 | 14 | 40 | 26 | 6 | |
| Monday, June 17, 2013 | 14 | 156.49 | 14 | 40 | 26 | 6 | |
| Monday, June 24, 2013 | 35 | 383.81 | 35 | 40 | 5 | 6 | |
| Monday, July 1, 2013 | 35 | 383.81 | 35 | 40 | 5 | 6 | |

| Workweek | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Monday, July 8, 2013 | ~~43.5~~ 31 bd | 484.77 | ~~43.5~~ 31 bd | 40 | 9 | 6 bd | |
| Monday, July 15, 2013 | ~~43.5~~ 31 bd | 484.77 | ~~43.5~~ 31 | 40 | 9 | 6 bd | |
| Monday, July 22, 2013 | 15.5 | 171.76 | 15.5 | 40 | 24.5 | 6 | |
| Monday, July 29, 2013 | 15.5 | 171.76 | 15.5 | 40 | 24.5 | 6 | |
| Monday, August 5, 2013 | 15.5 | 171.76 | 15.5 | 40 | 24.5 | 6 | |
| Monday, August 12, 2013 | 15.5 | 171.76 | 15.5 | 40 | 24.5 | 6 | |
| Monday, August 19, 2013 | 29.5 | 343.52 | 29.5 | 40 | 10.5 | 6 | |
| Monday, August 26, 2013 | 29.5 | 343.52 | 29.5 | 40 | 10.5 | 6 | |
| Monday, September 2, 2013 | 19 | 275.33 | 19 | 40 | 21 | 6 | |
| Monday, September 9, 2013 | ~~19~~ 20 bd | 275.33 | 20 | 40 | 20 | 6 | |
| Monday, September 16, 2013 | ~~19~~ 20 bd | 275.34 | 20 | 40 | 20 | 6 | |
| Monday, September 23, 2013 | 18 | 210.47 | 18 | 40 | 22 | 6 | |
| Monday, September 30, 2013 | 18 | 210.47 | 18 | 40 | 22 | 6 | |
| Monday, October 7, 2013 | | | | 40 | 40 | 6 | |
| Monday, October 14, 2013 | 14.5 | 172.78 | 14.5 | 40 | 25.5 | 6 | |
| Monday, October 21, 2013 | 14.5 | 172.78 | 14.5 | 40 | 25.5 | 6 | |
| Monday, October 28, 2013 | | | | 40 | 40 | 6 | |
| Monday, November 4, 2013 | | | | 40 | 40 | 6 | |
| Monday, November 11, 2013 | 14.5 | 172.78 | 14.5 | 40 | 25.5 | 6 | |
| Monday, November 18, 2013 | 14.5 | 172.78 | 14.5 | 40 | 25.5 | 6 | |
| Monday, November 25, 2013 | 17 | 194.17 | 17 | 40 | 23 | 6 | |

| Workweek | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Monday, December 2, 2013 | 17 | 194.17 | 17 | 40 | 23 | 6 | |
| Monday, December 9, 2013 | | 300.20 | | 40 | 40 | 6 | |
| Monday, December 16, 2013 | | 300.20 | | 40 | 40 | 6 | |
| Monday, December 23, 2013 | | 194.17 | | 40 | 40 | 6 | |
| Monday, December 30, 2013 | | 194.17 | | 40 | 40 | 6 | |
| **YEAR 2014** | | | | | | | |
| Monday, March 3, 2014 | | | | | | | |
| Monday, March 10, 2014 | | | | | | | |
| Monday, March 17, 2014 | | | | ~~40~~ bd | | | |
| Monday, March 24, 2014 | | | | | | | |
| Monday, March 31, 2014 | | | | | | | |
| Monday, April 7, 2014 | | | | | | | |
| Monday, April 14, 2014 | | | | | | | |
| Monday, April 21, 2014 | | | | | | | |
| Monday, April 28, 2014 | | | | | | | |
| Monday, May 5, 2014 | | | | | | | |
| Monday, May 12, 2014 | 30 | 333.99 | 30 | 40 | 10 | 6 | |
| Monday, May 19, 2014 | 30 | 333.99 | 30 | 40 | 10 | 6 | |
| Monday, May 26, 2014 | | | | 40 | 40 | 6 | |
| Monday, June 2, 2014 | | | | 40 | 40 | 6 | |
| Monday, June 9, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |

| Workweek | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Monday, June 16, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, June 23, 2014 | | | | 40 | 40 | 6 | |
| Monday, June 30, 2014 | | | | 40 | 40 | 6 | |
| Monday, July 7, 2014 | | | | 40 | 40 | 6 | |
| Monday, July 14, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, July 21, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, July 28, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, August 4, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, August 11, 2014 | | | | 40 | 40 | 6 | |
| Monday, August 18, 2014 | | | | 40 | 40 | 6 | |
| Monday, August 25, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, September 1, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, September 8, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, September 15, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, September 22, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, September 29, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, October 6, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, October 13, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, October 20, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, October 27, 2014 | 25 | 283.48 | 25 | 40 | 15 | 6 | |
| Monday, November 3, 2014 | | | | 40 | 40 | 6 | |

| Workweek | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Monday, November 10, 2014 | | | | 40 | 40 | 6 | |
| Monday, November 17, 2014 | | | | 40 | 40 | 6 | |
| Monday, November 24, 2014 | | | | 40 | 40 | 6 | |
| Monday, December 1, 2014 | | | | 40 | 40 | 6 | |
| Monday, December 8, 2014 | | | | 40 | 40 | 6 | |
| Monday, December 15, 2014 | | | | 40 | 40 | 6 | |
| Monday, December 22, 2014 | | | | 40 | 40 | 6 | |
| Monday, December 29, 2014 | | | | 40 | 40 | 6 | |
| **YEAR 2015** | | | | | | | |
| Monday, March 2, 2015 | | | | | | | |
| Monday, March 9, 2015 | | | | | | | |
| Monday, March 16, 2015 | | | | 40 | 40 | 6 | |
| Monday, March 23, 2015 | | | | 40 | 40 | 6 | |
| Monday, March 30, 2015 | | | | 40 | 40 | 6 | |
| Monday, April 6, 2015 | | | | 40 | 40 | 6 | |
| Monday, April 13, 2015 | | | | 40 | 40 | 6 | |
| Monday, April 20, 2015 | | | | 40 | 40 | 6 | |
| Monday, April 27, 2015 | | | | 40 | 40 | 6 | |
| Monday, May 4, 2015 | 17.5 | 205.53 | 17.5 | 40 | 22.5 | 6 | |
| Monday, May 11, 2015 | 17.5 | 205.53 | 17.5 | 40 | 22.5 | 6 | |
| Monday, May 18, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |

| Workweek | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Monday, May 25, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, June 1, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, June 8, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, June 15, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, June 22, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, June 29, 2015 | 22 | 253.93 | 22 | 40 | 18 | 6 | |
| Monday, July 6, 2015 | 22 | 253.93 | 22 | 40 | 18 | 6 | |
| Monday, July 13, 2015 | 15 | 178.51 | 15 | 40 | 25 | 6 | |
| Monday, July 20, 2015 | 15 | 178.51 | 15 | 40 | 25 | 6 | |
| Monday, July 27, 2015 | 15 | 178.51 | 15 | 40 | 25 | 6 | |
| Monday, August 3, 2015 | 15 | 178.51 | 15 | 40 | 25 | 6 | |
| Monday, August 10, 2015 | 15 | 178.51 | 15 | 40 | 25 | 6 | |
| Monday, August 17, 2015 | 15 | 178.51 | 15 | 40 | 25 | 6 | |
| Monday, August 24, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, August 31, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, September 7, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, September 14, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, September 21, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, September 28, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, October 5, 2015 | | | | 40 | 40 | 6 | |
| Monday, October 12, 2015 | | | | 40 | 40 | 6 | |

| Workweek | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Monday, October 19, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, October 26, 2015 | 18 | 211.14 | 18 | 40 | 22 | 6 | |
| Monday, November 2, 2015 | | | | 40 | 40 | 6 | |
| Monday, November 9, 2015 | | | | 40 | 40 | 6 | |
| Monday, November 16, 2015 | | | | 40 | 40 | 6 | |
| Monday, November 23, 2015 | | | | 40 | 40 | 6 | |
| Monday, November 30, 2015 | | | | 40 | 40 | 6 | |
| Monday, December 7, 2015 | | | | 40 | 40 | 6 | |
| Monday, December 14, 2015 | | | | 40 | 40 | 6 | |
| Monday, December 21, 2015 | | | | 40 | 40 | 6 | |
| Monday, December 28, 2015 | | | | 40 | 40 | 6 | |