**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
-------------------------------------------------------------------x
JAMPA GONPO,
*on behalf of himself and others similarly situated,*
                               Plaintiff,          Case No: 16-cv-40138

                     v.                            **NOTICE OF MOTION FOR**
                                                             **AWARD OF DAMAGES,**
SONAM'S STONEWALLS & ART, LLC           **TREBLE DAMAGES,**
     d/b/a Sonam's Stonewalls and Art, and       **PREJUDGMENT INTEREST,**
SONAM RINCHEN LAMA,                         **ATTORNEYS' FEES, AND**
                               Defendants.       **COSTS**

-------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that upon the declaration of John Troy, Plaintiff's Memorandum of Law, and all prior papers and proceedings herein, Plaintiffs hereby move this Court before the Honorable Mark G. Mastroiani, U.S.D.J., in the United States District Court for the District of Massachusetts, 300 State Street, Springfield, MA 01105, for an award of damages, treble damages, prejudgment interest, attorneys' fees, and costs.

Dated: Flushing, NY
        April 20, 2020

                                                 Respectfully submitted,
                                                 TROY LAW, PLLC

                                                 */s/ Aaron B. Schweitzer*
                                                 Aaron B. Schweitzer
                                                 41-25 Kissena Boulevard
                                                 Suite 103
                                                 Flushing, NY 11355
                                                 Tel: (718) 762-1324
                                                 troylaw@troypllc.com
                                                 *Attorneys for Plaintiffs*