## Damage Calculation

| | | |
|---|---|---|
| Case Name | 3:16-cv-40138-MGM, *Gonpo v. Sonam's Stonewalls & Art, LLC* | Plaintiff **GONPO, Jampa** |
| Employment Duration | 2008-03-20 to 2015-11-20 | Position Construction Worker |
| Complaint Filed | 2016-09-27 | |
| FLSA Limitations | 2013-09-27 | |
| Mass. Private Right of Action Requested | 2016-08-02 | |
| MWHL Limitations (Mass. Gen. L. 151 § 20A) | 2013-08-02 | |

### Fair Labor Standards Act ("FLSA") Damages / Massachusetts Wage and Hour Law ("MWHL") Damages

| Period ("P") | | Weeks / Period ("p") | Hours Worked / Week (column E + column F) ("W") | Hours Paid / Week (column C) ("H") | Regular Hourly Rate of Pay (question 8) ("R") | Min Wage ("M") | Min Wage Shortfall / Week ("m") | OT Shortfall / Week ((W-40)*R*1.5) ("o") | Total Shortfall / Week (m+o) ("t") | Total Shortfall / Period (t*p) ("T") | Liquidated Damages / Period ("L") | Min Wage ("M") | Min Wage Shortfall / Week ((40-H)*M) ("m") | Untimely Paid Wages / Week ((40-H)*R-m) ("u") | OT Shortfall / Week ((W-40)*R*1.5) ("o") | Total Shortfall / Week (m+u+o) ("t") | Total Shortfall / Period (t*p) ("T") | Liquidated Damages / Period (T*2) ("L") |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013-03-04 | 2013-03-10 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-03-11 | 2013-03-17 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-03-18 | 2013-03-24 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-03-25 | 2013-03-31 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-04-01 | 2013-04-07 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-04-08 | 2013-04-14 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-04-15 | 2013-04-21 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-04-22 | 2013-04-28 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-04-29 | 2013-05-05 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-05-06 | 2013-05-12 | 1.00 | 46.00 | - | 14.00 | | | | | | | | | | | | | |
| 2013-05-13 | 2013-05-19 | 1.00 | 46.00 | 34.00 | 14.00 | | | | | | | | | | | | | |
| 2013-05-20 | 2013-05-26 | 1.00 | 46.00 | 34.00 | 14.00 | | | | | | | | | | | | | |
| 2013-05-27 | 2013-06-02 | 1.00 | 46.00 | 28.00 | 14.00 | | | | | | | | | | | | | |
| 2013-06-03 | 2013-06-09 | 1.00 | 46.00 | 28.00 | 14.00 | | | | | | | | | | | | | |
| 2013-06-10 | 2013-06-16 | 1.00 | 46.00 | 14.00 | 14.00 | | | | | | | | | | | | | |
| 2013-06-17 | 2013-06-23 | 1.00 | 46.00 | 14.00 | 14.00 | | | | | | | | | | | | | |
| 2013-06-24 | 2013-06-30 | 1.00 | 46.00 | 35.00 | 14.00 | | | | | | | | | | | | | |
| 2013-07-01 | 2013-07-07 | 1.00 | 46.00 | 35.00 | 14.00 | | | | | | | | | | | | | |
| 2013-07-08 | 2013-07-14 | 1.00 | 46.00 | 31.00 | 14.00 | | | | | | | | | | | | | |
| 2013-07-15 | 2013-07-21 | 1.00 | 46.00 | 31.00 | 14.00 | | | | | | | | | | | | | |
| 2013-07-22 | 2013-07-28 | 1.00 | 46.00 | 15.50 | 14.00 | | | | | | | | | | | | | |
| 2013-07-29 | 2013-08-01 | 0.57 | 46.00 | 15.50 | 14.00 | | | | | | | | | | | | | |
| 2013-08-02 | 2013-08-04 | 0.43 | 46.00 | 15.50 | 14.00 | | | | | | | $8.00 | $196.00 | 147.00 | 126.00 | 469.00 | 201.00 | 402.00 |
| 2013-08-05 | 2013-08-11 | 1.00 | 46.00 | 15.50 | 14.00 | | | | | | | 8.00 | 196.00 | 147.00 | 126.00 | 469.00 | 469.00 | 938.00 |
| 2013-08-12 | 2013-08-18 | 1.00 | 46.00 | 15.50 | 14.00 | | | | | | | 8.00 | 196.00 | 147.00 | 126.00 | 469.00 | 469.00 | 938.00 |
| 2013-08-19 | 2013-08-25 | 1.00 | 46.00 | 29.50 | 14.00 | | | | | | | 8.00 | 84.00 | 63.00 | 126.00 | 273.00 | 273.00 | 546.00 |
| 2013-08-26 | 2013-09-01 | 1.00 | 46.00 | 29.50 | 14.00 | | | | | | | 8.00 | 84.00 | 63.00 | 126.00 | 273.00 | 273.00 | 546.00 |
| 2013-09-02 | 2013-09-08 | 1.00 | 46.00 | 19.00 | 14.00 | | | | | | | 8.00 | 168.00 | 126.00 | 126.00 | 420.00 | 420.00 | 840.00 |
| 2013-09-09 | 2013-09-15 | 1.00 | 46.00 | 20.00 | 14.00 | | | | | | | 8.00 | 160.00 | 120.00 | 126.00 | 406.00 | 406.00 | 812.00 |
| 2013-09-16 | 2013-09-22 | 1.00 | 46.00 | 20.00 | 14.00 | | | | | | | 8.00 | 160.00 | 120.00 | 126.00 | 406.00 | 406.00 | 812.00 |
| 2013-09-23 | 2013-09-26 | 0.57 | 46.00 | 18.00 | 14.00 | | | | | | | 8.00 | 176.00 | 132.00 | 126.00 | 434.00 | 248.00 | 496.00 |
| 2013-09-27 | 2013-09-29 | 0.43 | 46.00 | 18.00 | 14.00 | $7.25 | $159.50 | $126.00 | $285.50 | $122.36 | $122.36 | 8.00 | 176.00 | 132.00 | 126.00 | 434.00 | 186.00 | 372.00 |
| 2013-09-30 | 2013-10-06 | 1.00 | 46.00 | 18.00 | 14.00 | 7.25 | 159.50 | 126.00 | 285.50 | 285.50 | 285.50 | 8.00 | 176.00 | 132.00 | 126.00 | 434.00 | 434.00 | 868.00 |
| 2013-10-07 | 2013-10-13 | 1.00 | 46.00 | - | 14.00 | 7.25 | 290.00 | 126.00 | 416.00 | 416.00 | 416.00 | 8.00 | 320.00 | 240.00 | 126.00 | 686.00 | 686.00 | 1,372.00 |
| 2013-10-14 | 2013-10-20 | 1.00 | 46.00 | 14.50 | 14.00 | 7.25 | 184.88 | 126.00 | 310.88 | 310.88 | 310.88 | 8.00 | 204.00 | 153.00 | 126.00 | 483.00 | 483.00 | 966.00 |
| 2013-10-21 | 2013-10-27 | 1.00 | 46.00 | 14.50 | 14.00 | 7.25 | 184.88 | 126.00 | 310.88 | 310.88 | 310.88 | 8.00 | 204.00 | 153.00 | 126.00 | 483.00 | 483.00 | 966.00 |
| 2013-10-28 | 2013-11-03 | 1.00 | 46.00 | - | 14.00 | 7.25 | 290.00 | 126.00 | 416.00 | 416.00 | 416.00 | 8.00 | 320.00 | 240.00 | 126.00 | 686.00 | 686.00 | 1,372.00 |
| 2013-11-04 | 2013-11-10 | 1.00 | 46.00 | - | 14.00 | 7.25 | 290.00 | 126.00 | 416.00 | 416.00 | 416.00 | 8.00 | 320.00 | 240.00 | 126.00 | 686.00 | 686.00 | 1,372.00 |
| 2013-11-11 | 2013-11-17 | 1.00 | 46.00 | 14.50 | 14.00 | 7.25 | 184.88 | 126.00 | 310.88 | 310.88 | 310.88 | 8.00 | 204.00 | 153.00 | 126.00 | 483.00 | 483.00 | 966.00 |
| 2013-11-18 | 2013-11-24 | 1.00 | 46.00 | 14.50 | 14.00 | 7.25 | 184.88 | 126.00 | 310.88 | 310.88 | 310.88 | 8.00 | 204.00 | 153.00 | 126.00 | 483.00 | 483.00 | 966.00 |
| 2013-11-25 | 2013-12-01 | 1.00 | 46.00 | 17.00 | 14.00 | 7.25 | 166.75 | 126.00 | 292.75 | 292.75 | 292.75 | 8.00 | 184.00 | 138.00 | 126.00 | 448.00 | 448.00 | 896.00 |
| 2013-12-02 | 2013-12-08 | 1.00 | 46.00 | 17.00 | 14.00 | 7.25 | 166.75 | 126.00 | 292.75 | 292.75 | 292.75 | 8.00 | 184.00 | 138.00 | 126.00 | 448.00 | 448.00 | 896.00 |
| 2013-12-09 | 2013-12-15 | 1.00 | 46.00 | - | 14.00 | 7.25 | 290.00 | 126.00 | 416.00 | 416.00 | 416.00 | 8.00 | 320.00 | 240.00 | 126.00 | 686.00 | 686.00 | 1,372.00 |
| 2013-12-16 | 2013-12-22 | 1.00 | 46.00 | - | 14.00 | 7.25 | 290.00 | 126.00 | 416.00 | 416.00 | 416.00 | 8.00 | 320.00 | 240.00 | 126.00 | 686.00 | 686.00 | 1,372.00 |
| 2013-12-23 | 2013-12-29 | 1.00 | 46.00 | - | 14.00 | 7.25 | 290.00 | 126.00 | 416.00 | 416.00 | 416.00 | 8.00 | 320.00 | 240.00 | 126.00 | 686.00 | 686.00 | 1,372.00 |
| 2013-12-30 | 2014-01-05 | 1.00 | 46.00 | - | 14.00 | 7.25 | 290.00 | 126.00 | 416.00 | 416.00 | 416.00 | 8.00 | 320.00 | 240.00 | 126.00 | 686.00 | 686.00 | 1,372.00 |
| 2014-01-06 | 2014-01-12 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-01-13 | 2014-01-19 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-01-20 | 2014-01-26 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-01-27 | 2014-02-02 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-02-03 | 2014-02-09 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-02-10 | 2014-02-16 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-02-17 | 2014-02-23 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-02-24 | 2014-03-02 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-03-03 | 2014-03-09 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-03-10 | 2014-03-16 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-03-17 | 2014-03-23 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-03-24 | 2014-03-30 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-03-31 | 2014-04-06 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-04-07 | 2014-04-13 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-04-14 | 2014-04-20 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-04-21 | 2014-04-27 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-04-28 | 2014-05-04 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-05-05 | 2014-05-11 | 1.00 | - | - | 14.00 | 7.25 | - | - | - | - | - | 8.00 | - | - | - | - | - | - |
| 2014-05-12 | 2014-05-18 | 1.00 | 46.00 | 30.00 | 14.00 | 7.25 | 72.50 | 126.00 | 198.50 | 198.50 | 198.50 | 8.00 | 80.00 | 60.00 | 126.00 | 266.00 | 266.00 | 532.00 |
| 2014-05-19 | 2014-05-25 | 1.00 | 46.00 | 30.00 | 14.00 | 7.25 | 72.50 | 126.00 | 198.50 | 198.50 | 198.50 | 8.00 | 80.00 | 60.00 | 126.00 | 266.00 | 266.00 | 532.00 |

Troy Law, PLLC
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355

| Start | End | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-05-26 | 2014-06-01 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-06-02 | 2014-06-08 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-06-09 | 2014-06-15 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-06-16 | 2014-06-22 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-06-23 | 2014-06-29 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-06-30 | 2014-07-06 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-07-07 | 2014-07-13 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-07-14 | 2014-07-20 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-07-21 | 2014-07-27 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-07-28 | 2014-08-03 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-08-04 | 2014-08-10 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-08-11 | 2014-08-17 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-08-18 | 2014-08-24 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-08-25 | 2014-08-31 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-09-01 | 2014-09-07 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-09-08 | 2014-09-14 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-09-15 | 2014-09-21 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-09-22 | 2014-09-28 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-09-29 | 2014-10-05 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-10-06 | 2014-10-12 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-10-13 | 2014-10-19 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-10-20 | 2014-10-26 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-10-27 | 2014-11-02 | 1.00 | 46.00 | 25.00 | $ | 14.00 | $ | 7.25 | $ | 108.75 | $ | 126.00 | $ | 234.75 | $ | 234.75 | $ | 234.75 | $ | 8.00 | $ | 120.00 | $ | 90.00 | $ | 126.00 | $ | 336.00 | $ | 336.00 | $ | 672.00 |
| 2014-11-03 | 2014-11-09 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-11-10 | 2014-11-16 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-11-17 | 2014-11-23 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-11-24 | 2014-11-30 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-12-01 | 2014-12-07 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-12-08 | 2014-12-14 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-12-15 | 2014-12-21 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-12-22 | 2014-12-28 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 8.00 | $ | 320.00 | $ | 240.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2014-12-29 | 2014-12-31 | 0.43 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 178.29 | $ | 178.29 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 294.00 | $ | 588.00 |
| 2015-01-01 | 2015-01-04 | 0.57 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 237.71 | $ | 237.71 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 392.00 | $ | 784.00 |
| 2015-01-05 | 2015-01-11 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-01-12 | 2015-01-18 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-01-19 | 2015-01-25 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-01-26 | 2015-02-01 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-02-02 | 2015-02-08 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-02-09 | 2015-02-15 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-02-16 | 2015-02-22 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-02-23 | 2015-03-01 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-03-02 | 2015-03-08 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-03-09 | 2015-03-15 | 1.00 | - | - | $ | 14.00 | $ | 7.25 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 9.00 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| 2015-03-16 | 2015-03-22 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-03-23 | 2015-03-29 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-03-30 | 2015-04-05 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-04-06 | 2015-04-12 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-04-13 | 2015-04-19 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-04-20 | 2015-04-26 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-04-27 | 2015-05-03 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-05-04 | 2015-05-10 | 1.00 | 46.00 | 17.50 | $ | 14.00 | $ | 7.25 | $ | 163.13 | $ | 126.00 | $ | 289.13 | $ | 289.13 | $ | 289.13 | $ | 9.00 | $ | 202.50 | $ | 112.50 | $ | 126.00 | $ | 441.00 | $ | 441.00 | $ | 882.00 |
| 2015-05-11 | 2015-05-17 | 1.00 | 46.00 | 17.50 | $ | 14.00 | $ | 7.25 | $ | 163.13 | $ | 126.00 | $ | 289.13 | $ | 289.13 | $ | 289.13 | $ | 9.00 | $ | 202.50 | $ | 112.50 | $ | 126.00 | $ | 441.00 | $ | 441.00 | $ | 882.00 |
| 2015-05-18 | 2015-05-24 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-05-25 | 2015-05-31 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-06-01 | 2015-06-07 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-06-08 | 2015-06-14 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-06-15 | 2015-06-21 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-06-22 | 2015-06-28 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-06-29 | 2015-07-05 | 1.00 | 46.00 | 22.00 | $ | 14.00 | $ | 7.25 | $ | 130.50 | $ | 126.00 | $ | 256.50 | $ | 256.50 | $ | 256.50 | $ | 9.00 | $ | 162.00 | $ | 90.00 | $ | 126.00 | $ | 378.00 | $ | 378.00 | $ | 756.00 |
| 2015-07-06 | 2015-07-12 | 1.00 | 46.00 | 22.00 | $ | 14.00 | $ | 7.25 | $ | 130.50 | $ | 126.00 | $ | 256.50 | $ | 256.50 | $ | 256.50 | $ | 9.00 | $ | 162.00 | $ | 90.00 | $ | 126.00 | $ | 378.00 | $ | 378.00 | $ | 756.00 |
| 2015-07-13 | 2015-07-19 | 1.00 | 46.00 | 15.00 | $ | 14.00 | $ | 7.25 | $ | 181.25 | $ | 126.00 | $ | 307.25 | $ | 307.25 | $ | 307.25 | $ | 9.00 | $ | 225.00 | $ | 125.00 | $ | 126.00 | $ | 476.00 | $ | 476.00 | $ | 952.00 |
| 2015-07-20 | 2015-07-26 | 1.00 | 46.00 | 15.00 | $ | 14.00 | $ | 7.25 | $ | 181.25 | $ | 126.00 | $ | 307.25 | $ | 307.25 | $ | 307.25 | $ | 9.00 | $ | 225.00 | $ | 125.00 | $ | 126.00 | $ | 476.00 | $ | 476.00 | $ | 952.00 |
| 2015-07-27 | 2015-08-02 | 1.00 | 46.00 | 15.00 | $ | 14.00 | $ | 7.25 | $ | 181.25 | $ | 126.00 | $ | 307.25 | $ | 307.25 | $ | 307.25 | $ | 9.00 | $ | 225.00 | $ | 125.00 | $ | 126.00 | $ | 476.00 | $ | 476.00 | $ | 952.00 |
| 2015-08-03 | 2015-08-09 | 1.00 | 46.00 | 15.00 | $ | 14.00 | $ | 7.25 | $ | 181.25 | $ | 126.00 | $ | 307.25 | $ | 307.25 | $ | 307.25 | $ | 9.00 | $ | 225.00 | $ | 125.00 | $ | 126.00 | $ | 476.00 | $ | 476.00 | $ | 952.00 |
| 2015-08-10 | 2015-08-16 | 1.00 | 46.00 | 15.00 | $ | 14.00 | $ | 7.25 | $ | 181.25 | $ | 126.00 | $ | 307.25 | $ | 307.25 | $ | 307.25 | $ | 9.00 | $ | 225.00 | $ | 125.00 | $ | 126.00 | $ | 476.00 | $ | 476.00 | $ | 952.00 |
| 2015-08-17 | 2015-08-23 | 1.00 | 46.00 | 15.00 | $ | 14.00 | $ | 7.25 | $ | 181.25 | $ | 126.00 | $ | 307.25 | $ | 307.25 | $ | 307.25 | $ | 9.00 | $ | 225.00 | $ | 125.00 | $ | 126.00 | $ | 476.00 | $ | 476.00 | $ | 952.00 |
| 2015-08-24 | 2015-08-30 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-08-31 | 2015-09-06 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-09-07 | 2015-09-13 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-09-14 | 2015-09-20 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-09-21 | 2015-09-27 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-09-28 | 2015-10-04 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-10-05 | 2015-10-11 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-10-12 | 2015-10-18 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-10-19 | 2015-10-25 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-10-26 | 2015-11-01 | 1.00 | 46.00 | 18.00 | $ | 14.00 | $ | 7.25 | $ | 159.50 | $ | 126.00 | $ | 285.50 | $ | 285.50 | $ | 285.50 | $ | 9.00 | $ | 198.00 | $ | 110.00 | $ | 126.00 | $ | 434.00 | $ | 434.00 | $ | 868.00 |
| 2015-11-02 | 2015-11-08 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-11-09 | 2015-11-15 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-11-16 | 2015-11-22 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-11-23 | 2015-11-29 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-11-30 | 2015-12-06 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-12-07 | 2015-12-13 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-12-14 | 2015-12-20 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-12-21 | 2015-12-27 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| 2015-12-28 | 2016-01-03 | 1.00 | 46.00 | - | $ | 14.00 | $ | 7.25 | $ | 290.00 | $ | 126.00 | $ | 416.00 | $ | 416.00 | $ | 416.00 | $ | 9.00 | $ | 360.00 | $ | 200.00 | $ | 126.00 | $ | 686.00 | $ | 686.00 | $ | 1,372.00 |
| | | | | | | | | | | | | | | | $ | 30,377.61 | $ | 30,377.61 | | | | | | | | | | | $ | 51,217.00 | $ | 102,434.00 |

Troy Law, PLLC
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355

| Period | | Weeks | Years | | Prejudgment Interest |
|---|---|---|---|---|---|
| 2013-08-02 | 2016-01-03 | 126.43 | 2.43 | | |
| 2015-03-01 | 2016-09-26 | 82.29 | 1.58 | | |
| 2016-09-27 | 2020-04-20 | 186.00 | 3.58 | $ | 21,983.91 |
| | | | **TOTAL (MWHL Damages + MWHL Liquidated Damages + Prejudgment Interest)** | **$** | **175,634.91** |