4/20/2020 Troy Law, PLLC Mail - RE: Damages & Invoices // 3:16-cv-40138-MGM Gonpo v. Sonam's Stonewalls & Art, LLC et al

Case 3:16-cv-40138-MGM Document 183-4 Filed 04/20/20 Page 1 of 3



John Troy <johntroy@troypllc.com>

# RE: Damages & Invoices // 3:16-cv-40138-MGM Gonpo v. Sonam's Stonewalls & Art, LLC et al
1 message

**Tom Merrigan** <tom@sweeneymerrigan.com>  Thu, Mar 19, 2020 at 7:30 AM
To: Troy Law <troylaw@troypllc.com>

Aaron –

I do not disagree with the base calculation of $51, 217.

As to liquidated damages, I believe that the FLSA applies, and that the court has discretion, and that trebling is not automatic.

I do not follow the interest calculation, and the way the interest amounts are shown, i.e., the 7479.93, $32, 975.87, and $40, 455.80.   Also, because the interest rate is not mandated to be %12, I believe that 4% is appropriate.

The amounts of $153, 651; $7, 479.93; $32, 975.87; and $40, 455.80, total 234, 562.60, not 245,323.80 shown on your spreadsheet.

I do not know anything about who Huang or Byum are; based on my own experiences, it appears that there are times for services that exceed the amount actually needed.  And, I never spoke to Attorney Troy for a half an hour, see 11-25-16. There are fees for intake etc. for Tobden, Jamyang, etc.; $550 per hour for travel is not agreed, etc.  There are many challenges that I am prepared to make.

Tom

Thomas T. Merrigan

Sweeney Merrigan Law

413 522 2557

4/20/2020 Troy Law - RE: Q Mail : RE: Damages & Invoices // 3:16-cv-40138-MGM Gonpo v. Sonam's Stonewalls & Art, LLC et al

Case 3:16-cv-40138-MGM Document 183-4 Filed 04/20/20 Page 2 of 3

**From:** Troy Law [mailto:troylaw@troypllc.com]
**Sent:** Wednesday, March 18, 2020 6:00 PM
**To:** Tom Merrigan <tom@sweeneymerrigan.com>
**Cc:** Troy Law <troylaw@troypllc.com>; Rebecca G. Pontikes <rpontikes@pontikeslawllc.com>; Bryn Sfetsios <bsfetsios@pontikeslawllc.com>
**Subject:** re: Damages & Invoices // 3:16-cv-40138-MGM Gonpo v. Sonam's Stonewalls & Art, LLC et al

Tom,

What is the basis of your disagreement on the damages, and what figure do you come to?

What is the basis for your disagreement on the attorney fee lodestar?

Do you have any disagreement on the itemized

Aaron

**TROY LAW**
*Attorneys & Counselors at Law*
Queens: 41-25 Kissena Blvd., **Suite 103**, Flushing, NY 11355 **Tele- +718-762-1324 -Text**
Taipei: 11F, No. 372, Linsen N. Rd., Taipei City 10446, Taiwan Tele: +886-2-2571-2572

蔡鴻章律師事務所

*\*Our firm does not accept paper or fax correspondence, including service and production of documents, which must be sent by e-mail*

*\*We do not keep originals or copies of clients, clients shall retain all their own*

On Wed, Mar 18, 2020 at 9:42 AM Tom Merrigan <tom@sweeneymerrigan.com> wrote:

> Aaron –
>
> I do not agree with the calculations, or the attorneys' fees.

We can confer, or we can proceed by your motion, etc.

Please advise, thanks.

Tom Merrigan

Thomas T. Merrigan

Litigation Attorney

Sweeney Merrigan Law, LLP

www.sweeneymerrigan.com

p. 617 391 9001

f. 617 357 9001

cell 413 522 2557

Boston · Falmouth · Greenfield