# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMPA GONPO, )<br>)<br>　　　Plaintiff, )<br>)     CIVIL ACTION<br>　　　v. )     NO. 3:16-40138-MGM<br>)<br>SONAM'S STONEWALLS & ART, LLC and )<br>SONAM RINCHEN LAMA, )<br>　　　Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

**[X]**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ ]**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Jampo Gonpo, against the defendant's Sonam's Stonewalls & Art, LLC et al., pursuant to the court's memorandum and order entered this date, ordering judgment for plaintiff.

                                    **ROBERT M. FARRELL**,
                                    CLERK OF COURT

Dated: April 1, 2021              By /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk